**U.S. COURTS**

**PRO SE CM/ECF REGISTRATION FORM**

SEP 03 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

United States District Court
District of Idaho

This form is used by individuals appearing *pro se* to request access to the Court's Case Management/Electronic Case Filing (CM/ECF) system.

**Full Name:** Mersades Seward
**Case Number:** 1:25-cv-00221-BLW
**Address:** 3255 E Greenhurst Rd, Apt 104, Nampa, Idaho 83686
**Phone:** (208) 219-6601
**Email for Electronic Notices:** seward.mers@gmail.com

**Agreement to Participate in Electronic Filing:**

By signing below, I request access to the CM/ECF system as a pro se litigant and agree to:
1. File all documents electronically through CM/ECF unless otherwise directed by the Court;
2. Receive service of filings and Court orders electronically via the CM/ECF system;
3. Maintain a valid email address and monitor it regularly;
4. Comply with the Federal Rules of Civil Procedure, the District of Idaho Local Rules, and the CM/ECF Procedures Manual.

I understand that failure to comply with these requirements may result in termination of my CM/ECF privileges.

**Signature:** *Mersades Seward*

**Printed Name:** Mersades Seward
**Date:** September 3, 2025

**FOR CLERK'S OFFICE USE ONLY**

CM/ECF Login Issued: _____

Date Processed: _____

Processed By: _____