**MICHAEL J. KANE**
**MICHAEL KANE & ASSOCIATES, PLLC**
702 W. Idaho St., Suite 1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone: (208) 342-4545
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR MERIDIAN DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLT SEWARD, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE CITY OF MERIDIAN, an Idaho ) <br> municipality; CITY OF MERIDIAN ) <br> POLICE DEPARTMENT, a subsidiary of ) <br> the City of Meridian; OFFICER ) <br> DONALD HEIDA, individually; ) <br> OFFICER SEAN MCDONALD, ) <br> individually; and DOES I through X, ) <br> unknown individuals and/or entities, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV25-00221-BLW <br><br> STIPULATION FOR DISMISSAL OF DEFENDANT OFFICER SEAN McDONALD WITH PREJUDICE |

COME NOW Defendants, the CITY OF MERIDIAN, CITY OF MERIDIAN POLICE DEPARTMENT, and SEAN McDONALD, by and through their attorney of record, Michael J. Kane of the firm Michael Kane & Associates, PLLC, and Plaintiff, COLT SEWARD, by and through his attorney of record, Ryan Black of the firm Attorneys of Idaho, PLLC, and hereby

STIPULATE and AGREE to the dismissal of Defendant Officer Sean McDonald from this case with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 20th day of November, 2025.

                ATTORNEYS OF IDAHO, PLLC

                BY: /s/ Ryan Black
                      RYAN BLACK, of the Firm
                      Attorneys for Plaintiff

DATED this 20th day of November, 2025.

                MICHAEL KANE & ASSOCIATES, PLLC

                BY: /s/ *Michael J. Kane*
                      MICHAEL J. KANE, of the Firm
                      Attorneys for Meridian Defendants

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 21st day of November, 2025, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

**Ryan Black**
ryan@attorneysofidaho.com

**Michael J. Kane**
mkane@ktlaw.net, kdelisio@ktlaw.net

**Nathan Christopher Beckman**
nathan@melawfirm.net,mary@melawfirm.net

**Michael J Elia**
mje@melawfirm.net,sara@melawfirm.net,Nathan@melawfirm.net


    /s/ *Michael J. Kane*          .
    MICHAEL J. KANE