MERSDAES SEWARD
3255 E GREENHURST RD
NAMPA, IDAHO 83686
PHONE: 208219661
EMAIL: SEWARD.MERS@GMAIL.COM

U.S. COURTS

DEC 04 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

#### NOTICE OF RELATED CASE

#### No. 1:25-cv-00221-BLW

Mersades Seward

**Plaintiff,**
 Vs,

CITY OF MERIDIAN
 **Defendant's,**

**Pursuant to Local Rule 3.2(c), Plaintiff Mersades Seward hereby notifies the Court of a related case pending before this Court:**

The related case involves claims brought by Colt Seward arising from the same incident that forms the basis of this action. Both cases arise from events that occurred during May-June 2023 in Meridian, Idaho, involving the same parties and overlapping factual circumstances. The claims in both actions involve common questions of law and fact, including allegations concerning the conduct of the City of Meridian and its agents during the same series of events. Assignment to the same judge would promote the judicial economy and avoid the risk of inconsistent rulings.

**DATED this 26th day of November 2025**

/s/;**Mersades Seward**
Plaintiff, Pro Se

## CERTIFICAITE OF SERVICE

I hereby certify that on this **26th** day of **November 2025**, I served a true and correct copy of the foregoing DEMAND FOR JURY TRIAL on the following parties by [☑ check the methods you used, such as • U.S. Mail, Email, or CM/ECF]:

Counsel for Plaintiff
Ryan Black
Attorneys of Idaho, PLLC
10114 W. Overland Rd.
Boise, ID 83709
Email: ryan@attorneysofidaho.com

Counsel for Defendants City of Meridian and Donald Heida
Michael J. Elia
Moore Elia Kraft & Stacey, LLP
PO Box 6756
Boise, ID 83707
Emails: mjc@melawfirm.net | peter@melawfirm.net | nathan@melawfirm.net

Counsel for Defendants (additional counsel, if applicable)
Mike Kane
Michael Kane & Associates, PLLC
PO Box 2865
Boise, ID 83701-2865
Email: mkane@ktlaw.net

☑ CM/ECF Filing
☑ U.S. Mail, postage prepaid (if you also mailed copies)
☑ Email (if permitted and addresses are listed)

Dated on the *26th* day of *November 2025.*

Respectfully submitted,

*/s/ Mersades Seward*
Mersades Seward, Pro Se