**MICHAEL J. KANE**
**MICHAEL KANE & ASSOCIATES, PLLC**
702 W. Idaho St., Suite 1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone:  (208) 342-4545
Email:  mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR MERIDIAN DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| COLT SEWARD, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV25-00221-BLW |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANTS CITY OF |
| THE CITY OF MERIDIAN, an Idaho | ) | MERIDIAN AND CITY OF |
| municipality; CITY OF MERIDIAN | ) | MERIDIAN POLICE |
| POLICE DEPARTMENT, a subsidiary of | ) | DEPARTMENT'S NOTICE OF NON- |
| the City of Meridian; OFFICER | ) | OBJECTION TO PLAINTIFF'S |
| DONALD HEIDA, individually; | ) | MOTION TO AMEND COMPLAINT |
| OFFICER SEAN MCDONALD, | ) | [Dkt. 38] |
| individually; and DOES I through X, | ) | |
| unknown individuals and/or entities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COME NOW Defendants, the CITY OF MERIDIAN and CITY OF MERIDIAN

POLICE DEPARTMENT (collectively "Meridian Defendants" or "Defendants"), by and through

their attorney of record, Michael J. Kane of the firm Michael Kane & Associates, PLLC, and

hereby submit this *Notice of Non-Objection to Plaintiff's Motion to Amend Complaint* [Dkt. 38].

DEFENDANTS CITY OF MERIDIAN AND CITY OF MERIDIAN POLICE DEPARTMENT'S NOTICE OF NON-
OBJECTION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT [Dkt. 38] – P . 1

Plaintiff's sealed *Motion to Amend Complaint* [Dkt. 38] and accompanying documents ("Plaintiff's Motion") were filed on November 3, 2025, and Defendants do not object to this Court granting Plaintiff's Motion.

DATED this 5th day of December, 2025.

MICHAEL KANE & ASSOCIATES, PLLC

BY: /s/ *Michael J. Kane*
MICHAEL J. KANE
Attorneys for Meridian Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of December, 2025, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

**Ryan Black**
ryan@attorneysofidaho.com

Nathan Christopher Beckman
nathan@melawfirm.net,mary@melawfirm.net

Michael J Elia
mje@melawfirm.net,sara@melawfirm.net,Nathan@melawfirm.net

**Michael J. Kane**
mkane@ktlaw.net, kdelisio@ktlaw.net

/s/ *Michael J. Kane* .
MICHAEL J. KANE