Case 1:25-cv-00221-BLW   Document 41   Filed 11/21/25   Page 1 of 8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

U.S. COURTS

JAN 09 2026

Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| COLT SEWARD, an individual, | Case No. 1:25-cv-00221-BLW |
| Plaintiff, | **MEMORANDUM DECISION** |
| v. | **AND ORDER** |
| The CITY OF MERIDIAN, an Idaho | |

United States Courts
cClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724

OFFICIAL BUSINESS

U.S. MARSHAL

JAN 09 REC'D

EXAMINED



quadient

FIRST-CLASS MAIL
IMI
$001.03
11/21/2025 ZIP 83724
043M31263094

US POSTAGE

Mersades Seward
3255 E Greenhurst Rd, Apt 104
Nampa, ID 83686



opposes interv...

Meridian Police Department, and Officer Sean McDonald ("Meridian Defendants")—responded to Ms. Seward's motion with a motion to dismiss federal claims and a motion for summary judgment of the state claims. *See* Dkts. 31, 32. For the reasons explained below, the Court will deny Ms. Seward's

MEMORANDUM DECISION AND ORDER - 1