Michael J. Elia (ISBN 5044)
Peter E. Thomas (ISBN 9756)
Nathan C. Beckman (ISBN 11568)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
nathan@melawfirm.net

*Attorneys for Defendant Donald Heida*

## UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLT SEWARD, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>The CITY OF MERIDIAN, an Idaho Municipality; CITY OF MERIDIAN POLICE DEPARTMENT, a Subsidiary of the City of Meridian; OFFICER DONALD HEIDA, individually; OFFICER SEAN MCDONALD, individually; and; DOES I through X, unknown individuals and/or entities,<br><br>　　　　Defendants. | Case No. 1:25-CV-00221<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER [DKT 24]** |

　　　　COME NOW the parties, by and through their undersigned counsel of record, hereby stipulate and agree to modify the Order governing expert witness disclosures, entered August 7, 2025 [Docket No. 24], as follows:

**STIPULATION TO MODIFY SCHEDULING ORDER [DKT 24] - 1**

1.  Defendants shall disclose experts, with reports, by **April 8, 2026**.

2.  Plaintiff shall disclose rebuttal experts, with reports, by **April 22, 2026**.

The Parties proffer the forgoing stipulation based upon the agreement of counsel for Plaintiffs and Defendants.

DATED this 10th day of March, 2026.

        MOORE ELIA KRAFT & STACEY, LLP

        */s/ Michael J. Elia*
        Michael J. Elia
        Attorneys for Defendant Heida

DATED this 10th day of March, 2026.

        MICHAEL KANE & ASSOCIATES, PLLC

        */s/ Michael Kane*
        Michael Kane
        Attorneys for Meridian Defendants

DATED this 10th day of March, 2026.

        ATTORNEYS OF IDAHO, PLLC

        */s/ Ryan Black*
        Ryan Black
        Attorneys for Plaintiff

**STIPULATION TO MODIFY SCHEDULING ORDER [DKT 24] - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2026, I served a true and correct copy to the following non-CM/ECF party, by the method below:

| | |
|---|---|
| Ryan Black<br>Attorneys of Idaho, PLLC<br>10114 W. Overland Rd.<br>Boise, ID 83709<br>Tel: (208) 314-8888<br>ryan@attorneysofidaho.com | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☐ E-Mail:<br>☒ EM/ECF Filing |

*Attorneys for Plaintiff*

| | |
|---|---|
| Mike Kane<br>Michael Kane & Associates, PLLC<br>PO Box 2865<br>Boise, ID 83701-2865<br>(208) 342-4545<br>mkane@ktlaw.net | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☐ E-Mail:<br>☒ EM/ECF Filing |

*Attorneys for Defendants*

                                                              */s/ Tiffannie Laughlin*
                                                              Tiffannie Laughlin