**MICHAEL J. KANE**
**MICHAEL KANE & ASSOCIATES, PLLC**
702 W. Idaho St., Suite 1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone:  (208) 342-4545
Email:  mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR MERIDIAN DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLT SEWARD, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE CITY OF MERIDIAN, an Idaho )<br>municipality; CITY OF MERIDIAN )<br>POLICE DEPARTMENT, a subsidiary of )<br>the City of Meridian; OFFICER )<br>DONALD HEIDA, individually; )<br>OFFICER SEAN MCDONALD, )<br>individually; and DOES I through X, )<br>unknown individuals and/or entities, )<br>)<br>Defendants. )<br>) | Case No. CV25-00221-BLW<br><br>STATEMENT OF MATERIAL<br>FACTS NOT IN DISPUTE IN<br>SUPPORT OF<br>DEFENDANTS CITY OF<br>MERIDIAN AND CITY OF<br>MERIDIAN POLICE<br>DEPARTMENT'S MOTION FOR<br>SUMMARY JUDGMENT |

COME NOW Defendants CITY OF MERIDIAN and CITY OF MERIDIAN POLICE

DEPARTMENT (hereinafter "Defendants"), by and through their attorney of record, Michael J.

Kane of the firm Michael Kane & Associates, PLLC, and herein submit the following Statement of

Material Facts Not in Dispute in support of their Motion for Summary Judgment.

1. On May 16, 2023, Plaintiff Colt Seward ("Seward") was found passed out behind the wheel of a Dodge Challenger, with the motor running and his foot on the brake at the intersection of Ten Mile and Ustick roads in 5:00 p.m. weekday traffic. After two Meridian officers – Donald Heida and Sean McDonald - responded to the location, awakened Seward, and removed him from the car, he was put through a series of investigative tests to determine if he was driving under the influence. It rapidly became obvious that he was, and he was placed under arrest. As a matter of courtesy due to his size, Seward was placed in double cuffs so his shoulders would not be unduly restricted, which were placed behind his back. He was put into Heida's patrol vehicle. Affidavit of Tracy Basterrechea in Support of Defendants City of Meridian and City of Meridian Police Department's Motion for Summary Judgment ("Basterrechea Affidavit"), Exhibit B.

2. During their investigation, the officers were told by Seward that he had just gotten off parole, which meant he was a convicted felon. Yet Seward wore an empty holster in his waistband, alerting the officers to the presence of a firearm. Controlled substances were found on his person, which Seward admitted were "drugs." This was later determined to be methamphetamine. Basterrechea Affidavit, Exhibit B.

3. As the officers began to impound Plaintiff's car, it became apparent that he had slipped his cuffs to the front of his body. Seward was removed from the police vehicle and politely told that if he did that again he would be placed in a wrap. As officer McDonald uncuffed Seward's right wrist, Seward attempted to break away from the two officers, who attempted to control him. Seward was 5'11" at 200 pounds and age 31. With an

officer on each arm attempting to restrain him, Seward fell to the ground and continued to resist the re-cuffing.  Basterrechea Affidavit, Exhibit B.

4. Heida delivered several strikes to Seward's cheek as a pain compliance measure.  Seward then gave up, and allowed himself to be cuffed. Basterrechea Affidavit, Exhibit B, Exhibit C.

5. The body camera video of Sean McDonald depicts the arrest of Seward and subsequent attempt by Seward to escape the officers during the re-cuffing attempt, and the compliance strikes by Heida which resulted in Seward allowing himself to be fully cuffed. Basterrechea Affidavit, Exhibit C.

6. Prior to the arrest and attempt to escape by Seward, Heida had delivered compliance strikes on another arrestee (Watkins), on April 26, 2023. This use of force was under review by the Meridian Police Department and when the Seward use of force incident occurred, the two incidents were reviewed together.  Ultimately, while the Seward use of force was found to be within policy, the Watkins use of force was not.  Heida was reprimanded for the use of force in Watkins and ordered to engage in retraining. Basterrechea Affidavit, Exhibit D.

7. Mr. Heida was hired by the Meridian Police Department after several years of service with the Idaho State Police.  Mr. Heida had achieved an Intermediate Certificate from POST at the time of his hiring by Meridian.  He achieved an Advanced Certificate during his tenure with the Meridian Police Department.  Upon his hiring at Meridian, Mr. Heida spent an additional 415 hours of training before beginning as a patrol officer with the Department.  During that training, the law and city policy regarding constitutional use of force was included.  In addition, 12 weeks of supervision by a field training officer

occurred immediately upon Mr. Heida beginning patrol duties.  During that time, no issues regarding the use of force policy arose. Basterrechea Affidavit.

8.  At the time of the two use of force incidents, where Heida used compliance strikes, the Meridian Police Department training standard was that compliance strikes to the head were discouraged.  Basterrechea Affidavit, Exhibit F.

9.  At the time of the two use of force incidents, Meridian Police Department Policy 300 applied to use of force.  That policy applied the *Graham* factors for use of force. Basterrechea Affidavit, Exhibit A.

10. Prior to the Watkins and Seward arrests, there was a single incident of Officer Heida using a compliance strike to the head.  However, even though the incident was referred to briefly in the Use of Force Review in Watkins and Seward (as the "third" compliance strike case), it was dissimilar.  In that matter, an intoxicated male suspect (Callahan) attacked another officer, striking the officer several times, and it took the officer and Officer Heida considerable effort, including compliance strikes and a taser to subdue the suspect.  Both officers were found to have acted within policy.  Basterrechea Affidavit, Exhibit G.

DATED this 7th day of May, 2026.

MICHAEL KANE & ASSOCIATES, PLLC

BY: /s/ *Michael J. Kane*
MICHAEL J. KANE
Attorneys for Meridian Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of May, 2026, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

**Jeb W. Bond**
jw@attorneysofidaho.com

**Nathan Christopher Beckman**
nathan@melawfirm.net,mary@melawfirm.net

**Michael J Elia**
mje@melawfirm.net,sara@melawfirm.net,Nathan@melawfirm.net

**Michael J. Kane**
mkane@ktlaw.net, kdelisio@ktlaw.net

 /s/ *Michael J. Kane*                              .
MICHAEL J. KANE