CONFIDENTIAL--AEO

# Meridian Police Department
## Use of force Report

## Incident Details

| | |
|---|---|
| Date Received | 05/16/2023 |
| Entered By | Sergeant Kevin Wilson - 3132 |
| Date/Time of Occurrence | 05/16/2023 17:09 |
| Date/Time Entered | 05/17/2023 17:06 |
| Record ID Number | 8324 |
| DR # | 2023-3128 |
| IA # | 2023UOF-029 |
| Meridian Blueteam Assigned Investigator | Sergeant Kevin Wilson - 3132 |
| IAPro Assigned Investigator | Un-assigned |

## Incident Location

| | |
|---|---|
| Location of Occurrence | Meridian |

N. Ten Mile Rd. and W. Ustick Rd
Meridian, ID, 83646

Precinct: Area 1

## Incident Summary

Officers responded to the report of a driver sleeping in his vehicle in traffic south bound on N. Ten Mile Rd. at W. Ustick Rd.  The male was found be be under the influence and placed under arrest.  The suspect slipped his handcuffs and while handcuffs were being reapplied he resisted by striking an officer with his elbow. Officers forced the suspect to the ground and were unable to gain control of the suspects hands.  Officers delivered strikes the the suspects head/face and were eventually able to gain control and take the suspect into custody.  The suspect was cleared at the hospital and transported to the jail.

## Use of Force Details

| | | | |
|---|---|---|---|
| More Than 1 Citizen Involved | No | Reason For Using Force | Active Resistant |
| Citizen Arrested | Yes | Distance to Citizen | 1 feet to 3 feet |
| Employee(s) Injured | No | Citizen Injured | Yes |
| Employee(s) Taken to Hospital | No | Citizen Taken to Hospital | Yes |
| Service Being Rendered | Arrest | Citizen Build | Large |

CONFIDENTIAL--AEO

| Weather Condition | Clear | Citizen Height | 5'10" to 6'0" |
|---|---|---|---|
| Light Condition | Day | Citizen Influence Assessment | Illegal Drugs |

## Crisis Details

—

## Reporting/Involved Citizen

### Colt James Seward

| | | | |
|---|---|---|---|
| Date of Birth | 01/02/1992 | Gender | Male |
| Race | White | Ethnicity | — |
| Role | Suspect | | |
| Address | 10702 W. Cruser Dr Boise, 83709 | Phone Numbers | (208) 747-7068 |

Email

| Additional Snapshot Data | Homeless at time of involvement | No | | |
|---|---|---|---|---|
| | Perceived Limited English | No | Primary Language | — |
| | Sexual Orientation | — | Gender Expression | — |
| | Experiencing Mental Crisis (Officer Assessment) | No | Experiencing Mental Crisis (Self Reported) | No |
| | Armed at Time of Incident | Yes | | |

| Type of Resistance Citizen Used Against Employee | Active Resistant |
|---|---|
| Medical Treatments | EMS Transported to Hospital |
| Charges Against Citizen | CCW Battery on LEO Drug Possession |

MERIDIAN 0002203

BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 2

CONFIDENTIAL--AEO

R&O

Drug Para

DUI

Injuries Sustained By Citizen

Serious Injury

Points

1



## Involved Employees

### Officer Donald Heida - 10664

(Data at the time of incident)

| | |
|---|---|
| Assignment | Officer Operations/Patrol/Week Day Swings// |
| Video Footage | Body worn camera equipped and running |
| Policy Outcome | Within policy - but secondary policy shortfall |
| Role | Primary Officer |
| Height | — |
| Weight | — |

MERIDIAN 0002204

BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 3

CONFIDENTIAL--AEO

| Additional Snapshot Data | Officer was off-duty | No |
|---|---|---|
| | Officer was employed off-duty | No |
| | Officer was in uniform | Yes |

Actions taken       - Training - 07/18/2023
                    10 hours remedial training.

Medical Treatments       No treatments applied

Force used by this Employee against Citizen

   o  Strikes - Force Effective: Yes — Points: 1



FRONT        BACK

Missed

Injuries Sustained By Employee

   No injuries noted or visible
    Points

Officer Sean McDonald - 3536

(Data at the time of incident)

Assignment       Officer Operations/Patrol/Week Day Swings//

MERIDIAN 0002205
BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 4

**CONFIDENTIAL--AEO**

| | |
|---|---|
| Video Footage | Body worn camera equipped and running |
| Policy Outcome | Within policy |
| Role | Assist Officer |
| Height | — |
| Weight | — |

| Additional Snapshot Data | | |
|---|---|---|
| | Officer was off-duty | No |
| | Officer was employed off-duty | No |
| | Officer was in uniform | Yes |

| Medical Treatments | No treatments applied |
|---|---|

Force used by this Employee against Citizen

- Forced to Ground - Force Effective: Yes — Points: 1



CONFIDENTIAL--AEO

Injuries Sustained By Employee

No injuries noted or visible

Points

## Citizen Witnesses

### Dustin Kohl

| | | | |
|---|---|---|---|
| Date of Birth | 07/21/1998 | Gender | Male |
| Race | White | Ethnicity | — |
| Role | — | | |
| Address | 43 North Arrow Creek Lane Eagle, ID, 83616 | Phone Numbers | (616) 312-5643 |

## Attachments

| Date Attached | Attachment Description | Attachment Type |
|---|---|---|
| 05/17/2023 | Photo 1 | pdf |
| 05/17/2023 | photo 2 | pdf |
| 07/19/2023 | Heida LESSON PLAN PDF | pdf |
| 07/19/2023 | S31-Strikes | docx |
| 05/23/2023 | CommandPlayer_Portable | exe |
| 07/19/2023 | Heida Memo PDF | pdf |
| 07/19/2023 | S19-Ground control 2 | docx |
| 05/17/2023 | Photo 3 | pdf |
| 05/22/2023 | BLMBoise IG | mp4 |
| 05/18/2023 | UOF Admin Review | pdf |
| 07/19/2023 | Heida Memo | pdf |
| 05/17/2023 | Ofc. McDonalds Video | — |
| 05/23/2023 | 1745-1800 - LP0029770 - LP405-051623 PD Video Request | cme |

CONFIDENTIAL--AEO

| Date Attached | Attachment Description | Attachment Type |
|---|---|---|
| 05/17/2023 | Ofc. Heida Video | — |
| 05/23/2023 | 1730-1745 - LP0029770 - LP405-051623 PD Video Request | cme |
| 05/23/2023 | Screenshot 2023-05-22 145138 | png |

## Assignment History

| 06/29/2023 10:11 | SC | Captain S Colaianni<br>Assigned from IAPro folder to Wilson, Kevin Sergeant [3132 / 3132] |
|---|---|---|
| 07/24/2023 11:08 | SC | Captain S Colaianni<br>Field status changed in IAPro from In chain to Released |
| 07/24/2023 11:08 | SC | Captain S Colaianni<br>Released back to IAPro |
| 07/24/2023 11:08 | SC | Captain S Colaianni<br>Released back to IAPro |

## Chain of Command History

| 05/17/2023 23:21 | KW | Sergeant Kevin Wilson » Lieutenant Jamie Leslie<br>Fwd for your review |
|---|---|---|
| 05/18/2023 00:29 | JL | Lieutenant Jamie Leslie<br>See me |
| 05/18/2023 00:29 | JL | Lieutenant Jamie Leslie » Sergeant Kevin Wilson<br>See me |
| 05/18/2023 01:06 | KW | Sergeant Kevin Wilson<br>[Forwarded by Sergeant Kevin Wilson] |

MERIDIAN 0002208
BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 7

CONFIDENTIAL--AEO



**05/18/2023 01:06** — KW

Sergeant Kevin Wilson » Lieutenant Jamie Leslie

Fwd for your review

**05/18/2023 02:20** — JL

Lieutenant Jamie Leslie

[Forwarded by Lieutenant Jamie Leslie]

**05/18/2023 02:20** — JL

Lieutenant Jamie Leslie » Sergeant Kevin Wilson

Kevin, Did the civilian rider see or hear anything that was relevant to the UOF?

**05/18/2023 18:23** — KW

Sergeant Kevin Wilson

[Forwarded by Sergeant Kevin Wilson]

**05/18/2023 18:23** — KW

Sergeant Kevin Wilson » Lieutenant Jamie Leslie

Fwd for your review

**05/22/2023 13:55** — JL

Lieutenant Jamie Leslie

[Forwarded by Lieutenant Jamie Leslie]

**05/22/2023 13:55** — JL

Lieutenant Jamie Leslie » Captain Berle Stokes

Captain, I believe this UOF needs to have a review from a defensive tactics instructor for the compliance strikes on the ground to verify how we train. I believe this UOF was within department policy but there is some opportunity to improve. How are we training officers to re-secure a prisoner who has slipped the cuffs? How are we training officers to gain compliance from a suspect who has an arm either pinned under their body or simply won't comply to instructions and provide the arm for cuffing.

**07/19/2023 16:11** — BS

Captain Berle Stokes

This incident was within policy but there were some training issues identified and addressed through ARCON/training division. Please see attached.

**07/19/2023 16:11** — BS

Captain Berle Stokes » Captain Scott Colaianni

Please review.

**07/24/2023 11:08** — SC

Captain Scott Colaianni

Routing was NOT handled in BlueTeam.  The incident was forwarded into IAPro by IAPro user Captain Scott Colaianni

MERIDIAN 0002209

BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 8

CONFIDENTIAL--AEO

## Meridian Police Department
## Administrative Review of Use of Force

### Introduction:

On May 16th, 2023 at approximately 1709 hours Officers Heida and McDonald responded to a subject passed out in his vehicle, in traffic at N. Ten Mile Rd. and west Ustick Rd. in Meridian, Idaho. The suspect, Colt Seward, was passed out in a running vehicle, in the driver's seat, with the vehicle in gear. Officers woke Seward who failed the standardized field sobriety tests. After being placed in handcuffs and seat-belted in the back of a police car, Seward moved his hands from behind his back to in front of him. As Officers reapplied the handcuffs Seward struck Ofc. Heida with an elbow in the chest dislodging his body worn camera. Seward was forced to the ground but continued to resist. Officer Heida delivered five strikes to Seward's head/face and was able to reapply handcuffs to Seward.

### Synopsis of Incident

On May 16th, 2023 at approximately 1709 hours Officers Heida and McDonald were dispatched to an unconscious motorist in traffic at N. Ten Mile Rd. and W. Ustick Rd. in Meridian, Idaho. Upon arrival Ofc. Heida observed a male, Colt Seward, asleep in the driver's seat, with the vehicle in gear and the engine running. Officers were able to wake Seward and had him exit the vehicle. Officer Heida moved Seward to the sidewalk and administered the standardized field sobriety tests. Seward met decision points for the SFST's and was placed in two sets of handcuffs where he was detained for further testing. During a search of Seward's person officer Heida located a white crystalline substance which was later found to be methamphetamine and an empty handgun holster. Seward was also in possession of multiple pills of Alprazolam which were not in a prescription bottle. Officer Heida moved his patrol car into a parking lot on the northwest corner of the road to continue his investigation. While in the back of Ofc. Heida's vehicle Seward was moving around a lot. Officer Heida checked on Seward and realized Seward had moved his hands from behind his back to the front by slipping his hands under his feet. Officer Heida and Ofc. McDonald removed Seward from the back seat and told him his hands needed to stay behind his back. Seward told Ofc. Heida he would not do that. Officer Heida told Seward if he did this again he would be placed in a WRAP restraint. Officer Heida held on to Seward's left arm/hand while Ofc. McDonald removed the handcuff from his right wrist. After the handcuff was removed Seward pulled away and officers pushed him into the open rear passenger side door in an attempt to gain control of him. Seward continued to resist and swung his left elbow at Ofc. Heida striking him in the chest and knocking his body worn camera off. Seward was forced to the ground and told to put his hands behind his back. At this point Ofc. Heida delivered two (2) closed fist strikes to the right side of

CONFIDENTIAL--AEO

# Meridian Police Department
## Administrative Review of Use of Force

Seward's head/face.  Officer McDonald was able to get Seward's right arm behind his back but Seward held his left arm under his body.  Officer Heida continued to give commands to Seward to put his arm behind his back and delivered three more closed fist strikes to the right side of Seward's head/face.  Officer Heida was able to get Seward's arm behind his back and secured him in handcuffs.  Ada County Paramedics arrived on scene and evaluated Seward.  Officer Heida then transported Seward to St. Luke's Meridian where he was evaluated and cleared by hospital staff.  Seward was diagnosed with a fractured orbital bone on his right eye and a broken nose.  Upon searching Seward's vehicle prior to tow, Officers located a loaded HK P30 .40 Caliber firearm in the locked center console.  Seward was then transported to the Ada County Jail where he was charged with resisting and obstructing officers, battery on law enforcement, felony possession of a controlled substance, misdemeanor possession of a prescription medication, driving under the influence (second offense), possession of drug paraphernalia, and felon in possession of a firearm.

## Supervisory Review

☒Officer Interviewed ☐Suspect Interviewed ☒Witnesses Interviewed

Officer Heida told me after placing Seward in the back of his patrol car and moving it to a parking lot he observed Seward making excessive movements in the back seat.  Ofc. Heida checked on Seward and noticed he had moved his hands to the front.  Officer Heida requested Ofc. McDonald assist him.  As they removed one handcuff Seward pulled away and struck Ofc. Heida in the chest with his left elbow.  Officer Heida wrapped his arms around Seward's shoulders from behind and forced him to the ground.  When Seward refused command to put his hands behind his back and fearing Seward could use the dangling handcuffs as a weapon, Officer Heida delivered strikes with a closed fist to Seward's head/face.  Officer Heida was still unable to gain control of Seward's left arm and delivered three more strikes and finally gained control of his left arm and placed him in handcuffs.

Officer McDonald assisted by holding Seward's right arm and removing the handcuffs.  When he did he felt Seward pull away and resist.  Officer McDonald pushed Seward into the rear back seat and then assisted forcing Seward to the ground.  Officer McDonald maintained control of Seward's right arm and completed the handcuffing when both arms where secure.

On May 18th, 2023 I spoke with Dustin Kohl.  Dustin was a civilian rider in Ofc. Heida's vehicle during this incident.  Dustin told me after Seward was handcuffed and seated in the back of the patrol car, Seward began asking him various questions.  Dustin said he ignored Seward but could hear a lot of commotion in the backseat.  Dustin said he recognized the commotion as the

MERIDIAN 0002211
BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 10

CONFIDENTIAL--AEO

# Meridian Police Department
## Administrative Review of Use of Force

handcuffs hitting the hard-plastic backseat where Seward was sitting. Dustin said a few minutes later Ofc. Heida came to check on Seward and realized Seward had moved the handcuffs from his back to the front. Dustin continued by saying Officers Heida and McDonald removed Seward from the patrol car and he could hear a struggle. Dustin told me he could not see what happened as he was sitting in the front passenger side seat and everything that occurred was outside of his view.

**Training or Policy issues found**

☐ No ☒ Yes (Explain)

This is Officer Heida's third use of force where strikes to the face were used to gain compliance. While the use of strikes to the face were justified in this case Officer Heida would be well served to learn and use new tactics to gain compliance. Officer Heida and I discussed this and he told me his philosophy during a fight is to end it as quickly as possible and in this particular situation the head and face of Seward were immediately available and easily accessed to gain compliance. Also, upon reviewing the video, Ofc. Heida forces Seward to the ground and immediately delivers two strikes to Seward's head/face and Ofc. McDonald is able to control the right arm. At this time Seward is lying on his left side with this left arm stuck underneath him and Ofc. Heida on top of him. Officer Heida gives more commands and immediately delivers three more strikes to his head/face before gaining control of the left arm. Officer Heida and I discussed slowing the situation down once the right arm is under control and he is on top of Seward. Not only do commands need to be given but the suspect must be able to understand and comply with those commands. In this case with Seward lying on his arm and Ofc. Heida on top of him he may not have been resisting but simply unable to pull his arm out to put it behind his back. Again, slowing the situation down and even possibly waiting for more assist units, which were nearby, may have eliminated the need for the three additional strikes.

**Submitted By**: Kevin Wilson

CONFIDENTIAL--AEO



# MEMORANDUM
## Meridian Police Department

May 31, 2023

TO:    Capt. Stokes

FROM:  Sgt. Dance

RE:  Officer Heida UOF Incidents

DR 23-3128:  Colt Seward was found passed out in his running vehicle in the middle of the roadway.  Officer Heida arrived on scene, conducted SFST's and arrested Seward for DUI. Officer Heida used two sets of handcuffs, not at the request of Seward, but because he observed Seward to have large shoulders.  He then conducted a thorough search incident to arrest and found an empty gun holster, but no weapons.

Officer Heida transported Seward to a nearby parking lot to conduct a breath test on him.  While en route, Officer Heida noticed Seward had moved his handcuffs from behind his back, to the front of him, with one leg passed through the cuffs.  Officer Heida confronted Seward and told him he was going to keep his hands behind his back.  Seward responded by saying, "Not gonna do that."  Officer Heida requested Officer McDonald come help him move Seward's handcuffs to the back.  As he waited, Seward passed his other leg through the handcuffs so they were completely in front of him now.

When Officer Heida removed Seward from the back seat, he told him not to move his cuffs to the front again, or he would be placed in a WRAP.  Officer McDonald arrived, and they began the process of moving the handcuffs to the back again by removing the cuff from Seward's right hand.  Officer Heida controlled the left hand, while Officer McDonald controlled the right hand.  Seward continued to complain about the situation and then began to resist as his hands were moved to the back.  According to Officer Heida's report, Seward used his left elbow to elbow him in the chest and pull away.  They pushed Seward forward into the doorway of the patrol car to try and control his movements.  Officer Heida said he was concerned about Seward's left hand with the two handcuffs attached to it being used as a weapon.  He said he delivered 2-3 closed fist strikes to Seward's face to try and gain compliance, but they were ineffective.

The officers forced Seward to the ground with Officer McDonald controlling his right hand with a two-hand grip, and Officer Heida appearing to hold Seward's left hand near the wrist.  Seward was lying on his left side with Officer McDonald holding his right hand behind his back, and Officer Heida pinning Sewards left arm straight against the asphalt, up alongside his head.  Officer Heida appears to drive his left knee into Seward's back while ordering him to give him his hands.  Seward replied, "You have my hands," at which time it appears Officer Heida is controlling his left hand and Officer

CONFIDENTIAL--AEO



# MEMORANDUM
## Meridian Police Department

May 31, 2023

McDonald is controlling his right hand. Officer Heida continued to order Seward to give him his hands and delivered 3 closed fist strikes to the right side of Seward's face. Seward was able to roll to his stomach at that time and Officer Heida successfully brought his left hand to the back where he was secured in handcuffs.

My observations:

1. It is unclear why 2 sets of handcuffs were used to initially secure Seward after being arrested for DUI. Officer Heida's report says it was because of Seward's "large shoulders" but Seward doesn't complain of shoulder injuries or request two sets, and it appears in Officer Heida's video that Seward's hands come together fine. It may have been obvious from Officer Heida's point of view, but it should be documented better in his report. Whenever possible, we should be using just one set. This likely would have prevented Seward from moving them to the front in the first place.
2. Seward gives multiple indicators that he is going to be combative with officers.
    a. He partially slipped the cuffs to the front.
    b. He told Officer Heida he was not going to keep his hands behind his back.
    c. He fully slipped the cuffs to the front after being told not to.
   Officers would have been justified placing him in the WRAP prior to completing the breath test.
3. Clear and concise instructions prior to removing the handcuffs with positive confirmation should have happened. "When I remove your hand from the handcuff, place it behind your back. Do you understand?"
4. Training on re-cuffing. This is something we don't train a lot on, but should be, with an emphasis on controlling both hands.
5. Pushing Seward into the doorway to try and control his movements was a good decision initially, however it does limit your options if suspect continues to resist.
6. When officers get Seward to the ground, it appears he is lying on his left arm, which is being pinned to the ground by Officer Heida. Officer Heida is yelling at him to give him his arm, but it appears he already has it. It also does not appear that Seward would have been able to move his hand to his back based on the way he was laying, and the fact that Officer Heida was kneeling on his neck.
    a. In this moment, it appears they have Seward under control. Maybe not the way they would prefer, i.e. in handcuffs, but they are controlling his movement. The officers should slow down, communicate with each other, and then tell Seward exactly what they want him to do. And then give him the opportunity to do it.
7. Officer Heida needs to have more detail in his report about the "resistance" offered by Seward. Simply saying he was "resisting" isn't good enough.

CONFIDENTIAL--AEO



# MEMORANDUM
## Meridian Police Department

May 31, 2023

8.  Our current DT curriculum states that "***intentional strikes to the head should be avoided in most circumstances.***" Primary target areas are the shoulders, chest, arms, abdomen, sides, legs and buttocks.

In conclusion, I believe there were better options than strikes to the head when Officer Heida had Seward on the ground.  More patience and better communication could have led to a better result.  If strikes were necessary, target areas other than the head should have been used in this situation.  Refresher training on handcuffing and ground control techniques, to include striking appropriate target areas is recommended.


DR 23-2622:  Christopher Watkins was called in as a drunk pedestrian in the roadway. Officers had located Watkins in the parking lot of the Albertsons and were attempting to detain him in handcuffs.  Watkins was seated on the curb and unsearched.  He was being verbally combative and resisting officers attempts to detain him.

Officer Heida was the 4th officer to arrive.  The other three were attempting to place Watkins in handcuffs who was resisting by keeping his arms tucked in close to his body. Officer Heida grabbed Watkins by the head and shoved him face down on the ground, kneeling on the back of his neck.  Watkins continued to keep his arms tucked underneath him as officers struggled to pull his arms out.

Officer Heida delivered 5 closed fist strikes to Watkins face, before re-positioning Watkins' head to deliver 6 more.  Officers were ultimately able to pull Watkins' arms out and secure him in handcuffs.

My observations:

1.  3 officers were already struggling with Watkins to handcuff him, but were controlling his movements.  Officer Heida should have taken a supervisor/leadership role and come up with a plan to get him handcuffed.  The strikes were not necessary in this situation, and were not effective.
2.  Our current DT curriculum teaches methods to get a suspect's arms out from underneath him.  This is the lateral head displacement technique.  A baton can be used as well to pry hands out from underneath.
3.  If Officer Heida was genuinely concerned about Watkins accessing a weapon while his hands were tucked underneath him as he describes in his report, then he should have slowed down dand used a controlled tactic, like the one described above to accomplish this.  Strikes to the face, or yanking on arms might cause a suspect to rapidly produce a weapon in an uncontrolled manner.

MERIDIAN 0002215
BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 14

CONFIDENTIAL--AEO



# MEMORANDUM
## Meridian Police Department

May 31, 2023

In conclusion, I believe Officer Heida should have taken on a supervisor role and helped the officers who were struggling with Watkins remain calm, and come up with a plan to safely secure him in handcuffs. The strikes to the face may have contributed to Watkins' giving up his arms, but there were other, more reasonable methods that should have been attempted first. I would recommend the same refresher training as for the previous incident.

**CONFIDENTIAL--AEO**



# MEMORANDUM
## Meridian Police Department

July 19, 2023

TO:    Capt. Stokes

FROM:  Sgt. Dance

RE:    Officer Heida Remedial Training


The MPD Training Cadre completed a total of 10 hours of remedial training with Officer Heida.  The topics covered included: Use of Force, Effective Communication and Defensive Tactics.  Two hours were completed on 6/13/2023, with the remaining eight hours completed on 7/18/2023.  All of the training was conducted at the Meridian Public Safety Training Center.  Officer Heida was attentive and engaged throughout the training.  He was receptive to feedback and put forth the expected effort to complete the training.

Officer Heida was left with an invitation to continue his training whenever he wants to, by reaching out to any member of the Defensive Tactics cadre.  Our hope is that Officer Heida will see the value and importance of continuing his development in this skillset.


JD

**MERIDIAN 0002217**
**BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 16**

CONFIDENTIAL--AEO

# LESSON PLAN

## JUNE 13, 2023

- UOF Review PPT & Discussion (1 hr)
- Handcuffing (1 hr)
  - Pre-fight indicators
  - Maintaining Control of Suspect
    - C-Grip
    - Finger Flex, Goose Neck, positions of disadvantage (i.e., kneeling, prone)
  - Re-cuffing from Front to Back

## JULY 18, 2023

- Effective Communication (1 hr)
- ARCON PPT & Discussion (1 hr)
  - Reverence of Life
  - Graham V. Connor
- Strikes (Boxing Gear, MMA Gear & Pads) (2 hr)
  - Body Parts as Personal Weapons
    - Hand/Fist, Elbow, Forearm, Knee, Shin, Foot
  - Target Zones for Strikes & Kicks
    - Shoulders, Chest, Arms, Abdomen, Sides, Legs, Buttocks
    - Intentional strikes to the head SHOULD be avoided in MOST circumstances.
  - Jab, Rear Cross, Elbow Strike, Absorption Block
    - Drills
  - Front Kick, Knees, Roundhouse Kick
    - Drills
- Clinch to Body Fold (15 min)
- Side Control (15 min)
- Mount (15 min)
- Twisted Arm Cuffing (15 min)
- Cross Face Control to Cuffing (15 min)
- Back Mount Control (15min)
- Strikes from Back Control (15 min)
  - Target areas (shoulders, arms, sides, legs, buttocks)
- Carotid (1 hr)
  - PPT & Discussion
  - From Back Control
- Suspect w/Arms Tucked Underneath (15 mins)
  - Lateral Head Displacement
  - W/Baton

CONFIDENTIAL--AEO

- o Strikes
  - Target Areas (shoulders, arms, sides, legs, buttocks)
- Two Man Takedown (30 mins)
  - o Roles & Responsibilities
- Practicals & Teach backs (30 mins)

MERIDIAN 0002219

BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 18

CONFIDENTIAL--AEO

**Event 2 – Force Options**
*Session 31 – Strikes*
*LD 33 – Arrest and Control*

**Date Revised:** 8/30/18

**Author:** 37150  **Approved By:** 31472

**Event Goal:** To teach recruit officers when and how to use reasonable force.

**Session Goal:** To teach recruit officers how to control a combative suspect using strikes.

**Learning Objectives:**
- Describe parts of an officer's body that may be used as personal weapons during an arrest/detention to control a combative and/or resistive subject [33.I.C]
- Students will use strikes to control a combative suspect.
- The student will demonstrate an understanding of how our Department's guiding value of Reverence for Human Life is the moral and ethical foundation of de-escalation, tactics, reasonable force, and officer safety.
- By the conclusion of the training, students will understand how the application of this training is in keeping with our Department's UOF policy, philosophy and tactical planning.

**Session Time:** 2 hours

---

**Resources:**
- Mat room
- First aid kit/AED
- Boxing gloves (1 per pair of students)
- Focus mitts (1 per pair of students)
- MMA gloves (1 per pair of students)
- Directive No. 14, Dec. 2012 (1 per student)

---

**Session Summary:** Students will participate in a facilitated discussion regarding the use of personal weapons, reverence for human life, and de-escalation.  They will then practice striking techniques.

---

| Outline | Instructor Notes |
|---|---|
| | **Handout** – Directive No. 14 |
| | **Facilitated discussion** (in classroom formation, 5 minutes): |
| I.  Personal weapons **[1]**<br>  A.  General guidelines<br>   1.  Be aware of the suspect using personal weapons **[2]**<br>    a.  Punches are one of the most common suspect attacks | **[1] Ask** – What are personal weapons?<br><br>**[2] Ask** – Why do officers have to be extremely aware of suspects using personal weapons? |

Version 6.0

MERIDIAN 0002220
BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 19

**Event 2 – Force Options**
*Session 31 – Strikes*
*LD 33 – Arrest and Control*

|  |  |
|---|---|
| b. Especially during ground control situations where your are in close contact | **[3] Ask –** What body parts can an officer use as a personal weapon? |
| 2. Body parts a peace officer can use as a personal weapons **[3][33.I.C]**<br>  a. Hand/fist<br>  b. Elbow<br>  c. Forearm<br>  d. Knee<br>  e. Shin<br>  f. Foot | **[4] Ask –** What are the target zones for personal weapons according to LAPD policy? |
| B. Target zones for strikes and kicks per LAPD Directive **[4]**<br>  1. Shoulders<br>  2. Chest<br>  3. Arms<br>  4. Abdomen<br>  5. Sides<br>  6. Legs<br>  7. Buttocks<br>  8. Intentional strikes to the head should be avoided in most circumstances |  |
| C. Reverence for human life **[5]**<br>  1. Guiding principle in any use of force situation<br>  2. It is both moral and ethical to place the highest value on human life<br>  3. Not policy, but a philosophy for how to approach police work<br>  4. Consistent with the department's mission, vision, and values<br>  5. Helps build public trust<br>  6. Using tactical de-escalation techniques and reasonable force demonstrates this principle | **[5] Ask –** How can using personal weapons demonstrate a reverence for human life?<br>• Give some examples of when it would be reasonable to use personal weapons.<br>• Give an example of when it would not be reasonable to use personal weapons. |
| D. Tactical de-escalation policy **[6]**<br>  1. Officers shall attempt to control an incident<br>  2. By using time, distance, communications, and available resources<br>  3. In an effort to de-escalate the situation<br>  4. Whenever it is safe and reasonable to do so | **[6] Ask –** What is the department policy on attempting to de-escalate prior to using force? |
| E. Strikes<br>  1. Lead hand jab **[7]**<br>    a. Key points<br>      1) Bone alignment from your knuckles to your wrist, elbow, and shoulder<br>      2) Strike with the big two knuckles of your lead hand | ➢ Warm up and stretch<br>➢ Note: All instructor notes regarding the number of repetitions may be modified by the instructor based on the needs of the students, in order to achieve proficiency.<br><br>**[7] Demonstrate and drill –** Lead hand jab<br>• Demonstrate<br>• Break down key points and common mistakes<br>• Practice footwork across the mat room |

Page **2** of **4**

**Event 2 – Force Options**
*Session 31 – Strikes*
*LD 33 – Arrest and Control*

3) The strike can also be thrown with the heel of the hand (palm/heel strike)
4) Punch straight out
5) Bring your striking hand back immediately
6) The strike comes back as fast as it went out
7) Keep your chin tucked behind the shoulder of your striking arm
8) Power comes from the core and hips
9) Turn your hips as you strike for power
10) Breathe out when striking
11) Keep your rear hand up to protect your face

   b. Common mistakes
   1) Not bringing your hand back immediately
   2) Looping the strike instead of punching straight
   3) Dropping your rear hand
   4) No base/off balance

2. Rear hand cross **[8]**
   a. Key points
   1) Bone alignment from your knuckles to your wrist, elbow, and shoulder
   2) Strike with the big two knuckles of your rear hand
   3) The strike can also be thrown with the heel of the hand (palm/heel strike)
   4) Punch straight out
   5) Bring your striking hand back immediately
   6) The strike comes back as fast as it went out
   7) Pivot on the ball of the rear foot
   8) Turn your hips explosively for power
   9) Keep your chin tucked behind the shoulder of your striking arm
   10) Breathe out when striking
   11) Keep your lead hand up to protect your face

   b. Common mistakes
   1) Not bringing the hand back immediately

- Drill step by step (using focus mitts)
  o Start slow (15-20 reps)
  o Allow students to practice on their own with increasing speed (15-20 reps)
- Practice jabbing and moving (6-8 reps)
- Drill double jab (6-8 reps)
- Flow (3-5 reps)
  o Jab
  o Clinch
  o Body fold takedown
  o Mount control
  o Twisting arm cuffing

**[8] Demonstrate and drill – Rear hand cross**
- Demonstrate
- Break down key points and common mistakes
- Drill step by step (using focus mitts)
  o Start slow (15-20 reps)
  o Allow students to practice on their own with increasing speed (15-20 reps)
- Combo drill (8-10 reps)
  o Jab
  o Cross
- Combo drill (8-10 reps)
  o Double jab
  o Cross
- Flow (3-5 reps)
  o Jab
  o Cross
  o Suspect turns
  o Rear clinch
  o Rear double leg takedown
  o Handcuffing from back control

Page **3** of **4**

MERIDIAN 0002222
BASTERRECHEA AFFIDAVIT--EXHIBIT D - P. 21