CONFIDENTIAL--AEO

# Meridian Police Department
# Use of force Report

## Incident Details

| | |
|---|---|
| Date Received | 03/30/2023 |
| Entered By | Sergeant Justin Rogers - 3198 |
| Date/Time of Occurrence | 03/30/2023 21:14 |
| Date/Time Entered | 03/31/2023 23:04 |
| Record ID Number | 8195 |
| DR # | 2023-2024 |
| IA # | 2023UOF-019 |
| Meridian Blueteam Assigned Investigator | [Pending assignment] |
| IAPro Assigned Investigator | Un-assigned |

## Incident Location

Location of Occurrence    Meridian

1475 North Eagle Road
Meridian, ID, 83642
-116.35523, 43.61839

Precinct: Area 2

## Incident Summary

On 03/30/2023 at approximately 2114 hours, MPD Officers responded to a road rage call for service. Upon arrival and contact with an involved intoxicated male suspect in a parking lot, he became combative. During the altercation the suspect struck officers multiple times and the two Officers attempted to effect the arrest utilizing strikes/kicks. A Taser was deployed and the suspect was taken into custody. Upon continuing to resist while in custody, the suspect was placed into a WRAP restraint device.

## Use of Force Details

| | | | |
|---|---|---|---|
| More Than 1 Citizen Involved | No | Reason For Using Force | Active Aggression |
| Citizen Arrested | Yes | Distance to Citizen | 1 feet to 3 feet |
| Employee(s) Injured | Yes | Citizen Injured | Yes |
| Employee(s) Taken to Hospital | No | Citizen Taken to Hospital | Yes |
| Service Being Rendered | Arrest | Citizen Build | Large |

MERIDIAN 0002264
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 1

CONFIDENTIAL--AEO

| | | | | |
|---|---|---|---|---|
| Weather Condition | Rain | Citizen Height | 6'1" to 6'3" | |
| Light Condition | Artificial Light | Citizen Influence Assessment | Alcohol | |

## Crisis Details

—

## Reporting/Involved Citizen

### Draco Alexander Callahan

| | | | |
|---|---|---|---|
| Date of Birth | 06/11/1988 | Gender | Male |
| Race | Unknown | Ethnicity | — |
| Role | Suspect | | |
| Address | 1483 West Sacramento Street Kuna, ID, 83634 | Phone Numbers | (503) 413-9066 |

Email

| | | | |
|---|---|---|---|
| Additional Snapshot Data | Homeless at time of involvement | No | |
| | Perceived Limited English | Unk | Primary Language — |
| | Sexual Orientation | — | Gender Expression — |
| | Experiencing Mental Crisis (Officer Assessment) | Unk | Experiencing Mental Crisis (Self Reported) Unk |
| | Armed at Time of Incident | No | |

| | |
|---|---|
| Type of Resistance Citizen Used Against Employee | Active Aggression Active Resistant |
| Medical Treatments | EMS Transported to Hospital |

MERIDIAN 0002265
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 2

CONFIDENTIAL--AEO

Charges Against
Citizen

Malicious Injury
to Property
DUI
R&O
Battery on LEO

Injuries Sustained By Citizen

Minor Injury
Points
1
Minor Injury
Points
2
Minor Injury
Points
3
Minor Injury
Points
4



## Involved Employees

Officer Benjamin Davis - 10737

(Data at the time of incident)

| | |
|---|---|
| Assignment | Officer Operations/Patrol/Week Day Graves// |
| Video Footage | Body worn camera equipped and running |
| Policy Outcome | Within policy |
| Role | Backup |

MERIDIAN 0002266
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 3

CONFIDENTIAL--AEO

| Height | — |
| Weight | — |

| Additional Snapshot Data | Officer was off-duty | No |
| | Officer was employed off-duty | No |
| | Officer was in uniform | Yes |

Medical Treatments    No treatments applied

Force used by this Employee against Citizen

- Forced to Ground - Force Effective: Yes — Points: 1
- WRAP - Force Effective: Yes — Points: 2



Injuries Sustained By Employee

No injuries noted or visible

Points

Officer Bradley Chambers - 10831

(Data at the time of incident)

CONFIDENTIAL--AEO

| | |
|---|---|
| Assignment | Officer Operations/Patrol/Weekend Swings// |
| Video Footage | Body worn camera equipped and running |
| Policy Outcome | Within policy |
| Role | Backup |
| Height | — |
| Weight | — |

| Additional Snapshot Data | | |
|---|---|---|
| | Officer was off-duty | No |
| | Officer was employed off-duty | No |
| | Officer was in uniform | Yes |

| | |
|---|---|
| Medical Treatments | No treatments applied |

Force used by this Employee against Citizen

o WRAP - Force Effective: Yes — Points: 1



Missed

CONFIDENTIAL--AEO

Injuries Sustained By Employee

No injuries noted or visible
Points

## Officer Alexandra Coleman - 3264

(Data at the time of incident)

| | |
|---|---|
| Assignment | Officer Operations/Patrol/Week Day Swings// |
| Video Footage | Body worn camera equipped and running |
| Policy Outcome | Within policy |
| Role | Backup |
| Height | — |
| Weight | — |

| Additional Snapshot Data | | |
|---|---|---|
| | Officer was off-duty | No |
| | Officer was employed off-duty | No |
| | Officer was in uniform | Yes |

| | |
|---|---|
| Medical Treatments | No treatments applied |

CONFIDENTIAL--AEO

Force used by this Employee against Citizen

- ○ WRAP - Force Effective: Yes — Points: 1



Injuries Sustained By Employee

No injuries noted or visible
Points

## Officer Sean King - 10739

(Data at the time of incident)

| | |
|---|---|
| Assignment | Officer Operations/Patrol/Weekend Graves |
| Video Footage | Body worn camera equipped and running |
| Policy Outcome | Within policy |
| Role | Backup |
| Height | — |
| Weight | — |

CONFIDENTIAL--AEO

| Additional Snapshot Data | Officer was off-duty | No |
|---|---|---|
| | Officer was employed off-duty | No |
| | Officer was in uniform | Yes |

| Medical Treatments | No treatments applied |
|---|---|

Force used by this Employee against Citizen

○ WRAP - Force Effective: Yes — Points: 1



Injuries Sustained By Employee

No injuries noted or visible
  Points

Officer Donald Heida - 10664

(Data at the time of incident)

| Assignment | Officer Operations/Patrol/Week Day Graves// |
|---|---|
| Video Footage | Body worn camera equipped and dislodged |

MERIDIAN 0002271
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 8

**CONFIDENTIAL--AEO**

| | |
|---|---|
| Policy Outcome | Within policy |
| Role | Backup |
| Height | — |
| Weight | — |

| Additional Snapshot Data | Officer was off-duty | No |
|---|---|---|
| | Officer was employed off-duty | No |
| | Officer was in uniform | Yes |

| Medical Treatments | Declined Medical Treatment |
|---|---|

Force used by this Employee against Citizen

- Strikes - Force Effective: Yes — Points: 1
- Strikes - Force Effective: Yes — Points: 2
- Forced to Ground - Force Effective: Yes — Points: 3
- WRAP - Force Effective: Yes — Points: 4



CONFIDENTIAL--AEO

Injuries Sustained By Employee

Minor Injury
Points
1
Minor Injury
Points
2



Officer Daniel Chevallier - 10735

(Data at the time of incident)

| | |
|---|---|
| Assignment | Officer Operations/Patrol/Week Day Graves// |
| Video Footage | Body worn camera equipped and dislodged |
| Policy Outcome | Within policy |
| Role | Primary |
| Height | — |
| Weight | — |
| Additional Snapshot Data | Officer was off-duty      No |
| | Officer was employed off-duty      No |
| | Officer was in uniform      Yes |

MERIDIAN 0002273
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 10

CONFIDENTIAL--AEO

Medical
Treatments

Declined Medical Treatment

CONFIDENTIAL--AEO

Force used by this Employee against Citizen

○ Conducted Energy Device - Force Effective: Yes — Points: 1, 2

| | |
|---|---|
| Taser Serial Number | X1200DF4V |
| Cartridge Number | — |
| Type of Usage | Projectile/Probe Deployment |
| Number of Air Cartridges Used | 1 |
| Number of Cycles Through Probes | 2 |
| Total Number of Probes Deployed | 2 |
| Number of Probe Hits | 2 |
| Duration of Cycles | Automated |
| Application Cause Injury | Yes |
| Probe Penetrate Subjects Skin | Yes |
| Subject Wearing Heavy Clothing | Yes |
| Additional Cartridge Deployed | No |
| Follow Up Drive Stun Conducted | No |
| Accidental (unauthorized) Discharge | No |
| Arc Display | No |
| Citizen painted with laser/red dot | Yes |

○ Forced to Ground - Force Effective: Yes — Points: 3

MERIDIAN 0002275
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 12

CONFIDENTIAL--AEO



FRONT     Missed     BACK

CONFIDENTIAL--AEO

Injuries Sustained By Employee

Minor Injury

Points
1
2



**Officer Joshua Jordan - 10767**

(Data at the time of incident)

| | |
|---|---|
| Assignment | Officer Operations/Patrol/Weekend Graves |
| Video Footage | Body worn camera equipped and running |
| Policy Outcome | Within policy |
| Role | Backup |
| Height | — |
| Weight | — |
| Additional Snapshot Data | Officer was off-duty — No |
| | Officer was employed off-duty — No |
| | Officer was in uniform — Yes |

MERIDIAN 0002277
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 14

CONFIDENTIAL--AEO

Medical
Treatments

No treatments applied

Force used by this Employee against Citizen

○ WRAP - Force Effective: Yes — Points: 1



Missed

Injuries Sustained By Employee

No injuries noted or visible
Points

## Citizen Witnesses

Kourtney Kay Irish

| | | | |
|---|---|---|---|
| Date of Birth | 01/23/1995 | Gender | Female |
| Race | White | Ethnicity | — |
| Role | Witness | | |

MERIDIAN 0002278
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 15

CONFIDENTIAL--AEO

| Address | 2806 Colfax Drive Caldwell, ID, 83607 | Phone Numbers | (503) 740-1277 |

## Attachments

| Date Attached | Attachment Description | Attachment Type |
| --- | --- | --- |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/03/2023 | Jordan BWC | — |
| 04/03/2023 | King BWC | — |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/03/2023 | Chambers BWC | — |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/03/2023 | Chevallier BWC | — |
| 04/03/2023 | Coleman BWC | — |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/03/2023 | Heida BWC | — |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/21/2023 | PFL Entry | PNG |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/29/2023 | Suspect Injuries | jpg |
| 04/14/2023 | Admin Review UOF-UOF | pdf |
| 04/14/2023 | Taser Log | pdf |

MERIDIAN 0002279
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 16

CONFIDENTIAL--AEO

| Date Attached | Attachment Description | Attachment Type |
|---|---|---|
| 04/03/2023 | Davis BWC | — |
| 04/29/2023 | Suspect Injuries | jpg |

## Assignment History

05/01/2023
14:40 — **SC** — Captain S Colaianni
Field status changed in IAPro from In chain to Released

05/01/2023
14:40 — **SC** — Captain S Colaianni
Released back to IAPro

05/01/2023
14:40 — **SC** — Captain S Colaianni
Released back to IAPro

## Chain of Command History

04/14/2023
00:41 — **JR** — Sergeant Justin Rogers » Lieutenant Brandon Frasier
UOF Review

04/18/2023
15:21 — **BF** — Lieutenant Brandon Frasier
[Forwarded by Lieutenant Brandon Frasier]

04/18/2023
15:21 — **BF** — Lieutenant Brandon Frasier » Sergeant Justin Rogers
We need a PFL attached for the discussion with
Chevallier about his tactics on this

04/21/2023
23:40 — **JR** — Sergeant Justin Rogers
PFL Entry added

04/21/2023
23:40 — **JR** — Sergeant Justin Rogers » Lieutenant Brandon Frasier
UOF Review

04/23/2023
16:30 — **BF** — Lieutenant Brandon Frasier
[Forwarded by Lieutenant Brandon Frasier]

CONFIDENTIAL--AEO

04/23/2023
16:30

**BF**

Lieutenant Brandon Frasier » Captain Berle Stokes

The uses of force and application of the WRAP were reasonable and within policy.  The tactics that precipitated this event were covered with Ofc. Chevallier via PFL.

04/25/2023
11:29

**BS**

Captain Berle Stokes

Please add photos of suspects injuries, rest looks good.

04/25/2023
11:29

**BS**

Captain Berle Stokes » Sergeant Justin Rogers ( Lieutenant Brandon Frasier )

Please see comment for minor addition needed.

04/29/2023
01:59

**JR**

Sergeant Justin Rogers

Addition made.

04/29/2023
01:59

**JR**

Sergeant Justin Rogers » Captain Berle Stokes

UOF Review - Photographs added

05/01/2023
12:38

**BS**

Captain Berle Stokes

Photo's added, appears to be properly documented and reviewed.

05/01/2023
12:38

**BS**

Captain Berle Stokes » Captain Scott Colaianni

Please review.

05/01/2023
XX:XX

**SC**

Captain Scott Colaianni

Routing was NOT handled in BlueTeam.  The incident was forwarded into IAPro by IAPro user Captain Scott Colaianni

MERIDIAN 0002281
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 18

CONFIDENTIAL--AEO

# Meridian Police Department
## Administrative Review of Use of Force

### Introduction

This is an Administrative review of a Use of Force (DR#23-2024) which occurred on 03/30/2023 at approximately 2114 hours.

### Synopsis of Incident

On 03/30/2023 at approximately 2114 hours, Officer D. Chevallier and Officer D. Heida were dispatched to a Road Rage related call for service at 1475 N. Eagle Road (Red Robin). Upon arrival and investigation both Officers contacted a subject, later identified as Draco Callahan, who was near involved vehicles and matched the description of the primary aggressor in the disturbance. Following initial contact, Callahan became combative and swatted Officer Chevallier's hand away initiating an altercation. During the altercation Callahan struck both Officer Heida and Officer Chevallier a combined total of approximately five (5) times, once (1) with an elbow and approximately four (4) times with a closed fist in the face and chest areas. During the altercation Officer Heida delivered approximately 3-5 close fisted strikes and one (1) kick to the groin of Callahan's person. Officer Chevallier deployed his issued Taser which resulted in both probes contacting Callahan. A full 5 second cycle and then a 2 second cycle were delivered during active resistance. The Taser was effective in causing Callahan to go to the ground. Following being taken into custody, Callahan was in a standing position when he kicked a patrol vehicle and was then forced to the ground by Officer Heida, Officer Chevallier, and Officer Davis. Callahan was then placed in a WRAP restraint by the following Officers: Ofc. Heida, Ofc. Davis, Ofc. Jordan, Ofc. King, Ofc. Coleman, and Ofc. Chambers.

As a result of the investigation, Callahan was booked into the Ada County Jail for charges of battery on LE (F) 2 counts, R&O, malicious injury to property, and was cited for DUI.

### Supervisory Review

As an aspect of this administrative review, I have reviewed the associated written reports and the relevant body worn camera (BWC) footage of this incident.

Digital photographs of injuries to involved parties are attached to the noted DR.

During the incident the suspect was being placed within a patrol vehicle (#173) at which time he kicked the passenger rear door causing a scuff mark. A Damage to property form was completed.

MERIDIAN 0002282
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 19

CONFIDENTIAL--AEO

# Meridian Police Department
## Administrative Review of Use of Force

**Training or Policy issues found**

☐ No

☒ Yes (Explain)

Training Issue:

Officer Chevallier contacted Callahan who was standing between the two involved vehicles, was bladed away, and had both hands inside his jacket pockets. Officer Chevallier rightly recognized the need to have Callahan remove his hands from his pockets however, Callahan refused to do so when asked. When asked for consent to pat search, Callahan refused. Officer Chevallier again instructed Callahan to remove his hands from his pockets, at which time Callahan refused and continued to be passively confrontational. Officer Chevallier failed to address this safety concern and proceeded to ask questions of Callahan up until the point where Callahan began to aggress him. The contact prior to the altercation lasted approximately one full minute and Officer Chevallier failed to anticipate a potentially dangerous situation.

Officer Chevallier possessed the legal authority, based on articulable reasonable suspicion of crimes (i.e. reckless driving, potential DUI, disturbing the peace by fighting, and matching the provided description of the suspect) to detain and/or compel Callahan to comply or be placed under arrest for R&O. Callahan displayed characteristics alluding to a possible confrontation and had not been searched presenting the possibility that he was armed.

Notably, Officer Chevallier's actions upon the altercation occurring were proper and he handled himself well. Verbal counseling was conducted and a PFL entry was completed.

**Submitted By:**

**Sgt. J. Rogers #3198**

MERIDIAN 0002283
BASTERRECHEA AFFIDAVIT--EXHIBIT G - P. 20