Michael J. Elia (ISBN 5044)
Nathan C. Beckman (ISBN 11568)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
nathan@melawfirm.net

*Attorneys for Defendant Donald Heida*

## UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLT SEWARD, an individual, | Case No. 1:25-CV-00221 |
| Plaintiffs, | |
| vs. | **STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT DONALD HEIDA'S MOTION FOR SUMMARY JUDGMENT** |
| The CITY OF MERIDIAN, an Idaho Municipality; CITY OF MERIDIAN POLICE DEPARTMENT, a Subsidiary of the City of Meridian; OFFICER DONALD HEIDA, individually; OFFICER SEAN MCDONALD, individually; and; DOES I through X, unknown individuals and/or entities, | |
| Defendants. | |

COMES NOW Defendant Donald Heida, by and through his counsel of record, Moore Elia

Kraft & Stacey, LLP, and pursuant to the Court's Scheduling Order and FRCP 56, hereby submits

this Statement of Material Facts in Support of Motion for Summary Judgment as follows:

1. On May 16, 2023, Defendant Donald Heida ("Heida") and Defendant Sean McDonald

("McDonald"), in the course and scope of their employment as police officers with the City

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT DONALD
HEIDA'S MOTION FOR SUMMARY JUDGMENT - 1**

of Meridian Police Department, responded to a call for a car stopped in traffic with the occupant passed out inside. (Dec. of Elia, Ex. 2, P. 18-19) (hereinafter "Heida Depo").

2. Upon arrival, Heida and McDonald found the vehicle running and in drive, with the occupant's foot on the brake. *Id.* at 20.

3. McDonald and Heida eventually made contact with the occupant of the vehicle, Plaintiff Cole Seward ("Seward"), and eventually were able to wake him up and safely remove him from the vehicle. *Id.*

4. Heida then conducted a standardized field sobriety test, which Seward failed. Heida arrested Seward for DUI. *Id.* at 20-23.

5. Heida then searched Seward and found on him a substance which Heida suspected was methamphetamine. This suspicion was confirmed by later testing. *Id.* at 23.

6. Heida also found an empty holster on Seward's person but could not immediately locate a firearm. *Id.* at 25-26.

7. McDonald later located a pistol in the glove box of Seward's vehicle. (Dec. of Elia, Ex. 1, P. 27) (hereinafter McDonald Depo").

8. Because Seward had previous felony convictions, he was legal barred form possessing a firearm. *Id.*

9. Due to Seward's broad shoulders, Heida placed him in a double set of handcuffs with his hands behind his back and placed him in the back of his patrol vehicle. *Id.* at 30-31.

10. While in the back of Heida's patrol vehicle, Seward managed to slip his cuffs to the front of his body. *Id.*

11. Heida and McDonald approached Seward in the back of the patrol vehicle to reposition Seward's hands behind his back. Heida informed Seward that he would be placed in a

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT DONALD HEIDA'S MOTION FOR SUMMARY JUDGMENT - 2**

WRAP restraint device if he slipped his cuffs to the front again. (Dec. of Elia, Ex. 3, at 17:54) (hereinafter "McDonald Bodycam").

12.  Heida and McDonald then removed Sewards right hand from the handcuffs. (McDonald Depo, at 33- 34).

13. As McDonald began to resecure the handcuffs behind Seward's back, Seward pulled his right arm away. (McDonald Bodycam, at 18:15).

14. Seward pulled away from McDonald, tensing up, making a fist, and pulling his right hand away towards the front of his body. (McDonald Depo, at 34-35).

15. Heida and McDonald pushed Seward into the rear vehicle door frame in an attempt to contain and restrain him. (Heida Depo, at 30; McDonald Bodycam, at 18:21).

16. While Heida and McDonald pushed Seward into the rear vehicle door frame, they issued repeated verbal commands to stop his resistance. (McDonald Bodycam, at 18:21).

17. While struggling against Heida and McDonald, Seward elbowed Heida in the chest, dislodging Heida's body worn camera. (Heida Depo, at 29; McDonald Depo, at 42).

18. As Heida and McDonald  struggled with Seward, they all moved from the right rear passenger door toward the rear of the vehicle, with Seward then facing away from the back of the vehicle. The loose handcuffs with the open single blade/ratchet were visible. (McDonald Bodycam, at 18:23).

19. Heida then attempted to perform a body fold maneuver to bring Seward to the ground, but due to Seward's strength, Seward pulled Heida and McDonald down with him. (Heida Depo, at 30-31; McDonald Bodycam, at 18:26-27).

20. While on the ground, Heida and McDonald issued repeated verbal commands to Seward to stop resisting and to give them his hands. (McDonald Bodycam, 18:27).

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT DONALD HEIDA'S MOTION FOR SUMMARY JUDGMENT - 3**

21. While on the ground, Seward was positioned on his side facing downward, McDonald was positioned at Sewards lower body and Heida was positioned at the upper half of Seward's body. (McDonald Bodycam, at 18:31).

22. McDonald positioned himself on Seward's legs and was able to pull Seward's right hand (without the attached handcuffs) down with him. *Id.*

23. While Heida attempted to gain control of Plaintiff's left hand, Heida applied three closed fist compliance strikes to Seward's head or upper body. (Dec. of Elia, Ex. 4, at 00:03) (hereinafter "Bystander video").

24. Heida was able to grasp Seward's left wrist or forearm which was extended out in front of his body, but was unable to bring Seward's hand behind his back. Seward was on his left side. *Id.* at 00:008.

25. For several more seconds, Heida maneuvered to gain control of Seward's hands and to get Seward into a fully prone position. (McDonald Bodycam, at 18:32-42).

26. Seward rolled back more onto his left side as Heida struggled to roll him into a prone position. Heida applied three more closed fist compliance strikes to Seward's head or upper body, and Seward then rolled into a prone position. *Id.* at 18:48.

27. Once Seward was prone, Heida brought his left arm around behind his back, and he was handcuffed. *Id.*

28. Ada County Paramedics and the Meridian Fire Department responded to the scene and Heida transported Seward to St. Lukes. Seward was found to have a facial laceration, a broken nose, and a broken right orbital. (Dec. of Elia, Ex. 5).

29. Seward was charged with felony possession of a controlled substance, felony battery on a police officer, felony unlawful possession of a firearm, misdemeanor driving under the

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT DONALD HEIDA'S MOTION FOR SUMMARY JUDGMENT - 4**

influence, misdemeanor resisting and/or obstructing a police officer, misdemeanor possession of a legend drug, misdemeanor possession of drug paraphernalia. (See CR01-23-15216 ).

30. As part of a plea agreement, the prosecutor dropped the battery on a police officer charge and Seward pled guilty to the remaining claims. Seward is currently incarcerated in the custody of the Idaho Department of Correction. *Id.*

DATED this 7th day of May, 2026.

MOORE ELIA KRAFT & STACEY, LLP

*/s/ Michael J. Elia*
Michael J. Elia
Attorneys for Defendant Heida

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT DONALD HEIDA'S MOTION FOR SUMMARY JUDGMENT - 5**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2026, I served a true and correct copy to the following non-CM/ECF party, by the method below:

| Jeb W. Bond | |
|---|---|
| Attorneys of Idaho, PLLC | ☐ U.S. Mail, postage prepaid |
| 10114 W. Overland Rd. | ☐ Hand Delivered |
| Boise, ID 83709 | ☐ Overnight Mail |
| Tel: (208) 314-8888 | ☐ Facsimile Transmission |
| jw@attorneysofidaho.com | ☐ E-Mail: |
| | ☒ EM/ECF Filing |

*Attorneys for Plaintiff*

| Mike Kane | |
|---|---|
| Michael Kane & Associates, PLLC | ☐ U.S. Mail, postage prepaid |
| PO Box 2865 | ☐ Hand Delivered |
| Boise, ID 83701-2865 | ☐ Overnight Mail |
| (208) 342-4545 | ☐ Facsimile Transmission |
| mkane@ktlaw.net | ☐ E-Mail: |
| | ☒ EM/ECF Filing |

*Attorneys for Defendants*

/s/ *Tiffannie Laughlin*
Tiffannie Laughlin

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT DONALD HEIDA'S MOTION FOR SUMMARY JUDGMENT - 6**