Michael J. Elia (ISBN 5044)
Peter E. Thomas (ISBN 9756)
Nathan C. Beckman (ISBN 11568)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
nathan@melawfirm.net

*Attorneys for Defendant Donald Heida*

## UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLT SEWARD, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> The CITY OF MERIDIAN, an Idaho Municipality; CITY OF MERIDIAN POLICE DEPARTMENT, a Subsidiary of the City of Meridian; OFFICER DONALD HEIDA, individually; OFFICER SEAN MCDONALD, individually; and; DOES I through X, unknown individuals and/or entities, <br><br> Defendants. | Case No. 1:25-CV-00221 <br><br> **DEFENDANT HEIDA'S NOTICE OF LODGMENT** |

COMES NOW Defendant Heida, by and through their counsel of record, Moore Elia Kraft & Stacey, LLP, and hereby gives notice that a USB drive containing Exhibit 3 to the Declaration of Elia (footage from Defendant Sean McDonald's body worn camera) and Exhibit 4 to the Declaration of Elia (bystander video footage) was lodged with the Court on the 7th day of May, 2026.

**DEFENDANT HEIDA'S NOTICE OF LODGMENT - 1**

DATED this 7th day of May, 2026.

MOORE ELIA KRAFT & STACEY, LLP


/s/ Michael J. Elia
Michael J. Elia
Attorneys for Defendant Heida

**DEFENDANT HEIDA'S NOTICE OF LODGMENT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7ᵗʰ day of May, 2026, I served a true and correct copy to the following non-CM/ECF party, by the method below:

Jeb W. Bond
Attorneys of Idaho, PLLC
10114 W. Overland Rd.
Boise, ID 83709
Tel: (208) 314-8888
jw@attorneysofidaho.com

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☐ E-Mail:
☒ EM/ECF Filing

*Attorneys for Plaintiff*

Mike Kane
Michael Kane & Associates, PLLC
PO Box 2865
Boise, ID 83701-2865
(208) 342-4545
mkane@ktlaw.net

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☐ E-Mail:
☒ EM/ECF Filing

*Attorneys for Defendants*

/s/ Tiffannie Laughlin
Tiffannie Laughlin

**DEFENDANT HEIDA'S NOTICE OF LODGMENT - 3**