# Meridian Police Department
## General Report

RD: **730**  DR# **2023-3128**

### Incident

| Date & Time Occurred | Date & Time Reported | Location of Occurrence | Location |
|---|---|---|---|
| 05/16/2023 17:09 to 05/16/2023 17:09 | 05/16/2023 17:09 | N TEN MILE RD / W USTICK RD MERIDIAN, ID 83646 | 13 - HIGHWAY/ROAD/ALLEY |
| | | ParcelNo: | |

### Charges

| Chg# | Offense/Charge | Law Section | Severity |
|---|---|---|---|
| 1 | ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS | 18-705 | MISDEMEANOR |
| 2 | ASSAULT OR BATTERY UPON CERTAIN PERSONNEL | 18-915 | MISDEMEANOR |
| 3 | CONTROLLED SUBSTANCE-FELONY POSSESSION OF | 37-2732(c)(1) | FELONY |
| 4 | CONTROLLED SUBSTANCE-POSSESSION OF PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH A VALID PRESCRIPTION | 37-2732(c)(3) | MISDEMEANOR |
| 5 | DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES) | 18-8004(1)(a) | MISDEMEANOR |
| 6 | DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE | 37-2734A(1) | MISDEMEANOR |
| 7 | UNLAWFUL POSSESSION OF A FIREARM | 18-3316 | FELONY |

### Probable Cause

On May 16, 2023 at approximately 1713 hours, I was dispatched to a stalled vehicle located near Ten Mile and Ustick. I located a black 2014 Dodge Challenger (ID plate S3WARD) partly in the southbound #2 lane of N Ten Mile Road just north of W Ustick Road. Colt Seward was passed out in the driver seat with the engine on, the vehicle in gear, and the brake lights on. Colt performed and met decision points on all three standardized field sobriety tests. I arrested Colt for DUI. While searching Colt I located a green bag in his pocket which contained suspected methamphetamine and white pills (later identified as Alprazolam without a prescription).

While in the backseat of my patrol vehicle Colt slipped his handcuffs and brought them to the front of his body. While Officer McDonald and I attempted to placed Colt's hands back behind his back he pulled his hands away and elbowed m in the chest with his left elbow while only having his left hand handcuffed. Colt provided three breath samples on a Lifeloc FC20. The results were insuf/insuf/.000 BrAC. Colt consented to a blood draw which was performed at St. Lukes Meridian Medical Center. Post Miranda Colt admitted to using methamphetamine and Xanax.

A driver's check revealed Colt was convicted of a prior DUI in Ada County, ID in 2016. Officers located a loaded HK P30 .40 caliber (Serial #219-011707) in the locked glovebox of Colt's Challenger. Colt is a prohibited possessor of firearms due to several previous felony convictions.

I transported Colt to the Ada County Jail where he was booked on driving under the influence-second offense, possession of a controlled substance-methamphetamine, possession of a controlled substance without a valid prescription-Alprazolam, possession of drug paraphernalia, resisting and obstructing officers, misdemeanor battery on law enforcement officer, and felon in possession of a firearm.

I used a TruNarc to test the suspected methamphetamine. It tested presumptive positive. Using a pill identifier, I determined the white pills to be 2mg Alprazolam (also known as Zanax-a schedule IV drug). I entered 24.7 grams net weight of methamphetamine, 25 pills of Alprazolam, both original bags which contained the drugs, and one vial of Colt's blood into evidence at the Meridian Police Department.

### People Involved

**Suspect** — **SEWARD, COLT JAMES**

| | | | | |
|---|---|---|---|---|
| | Race: **W** | Sex: **M** | DOB: **1/2/1992** | Age: **31** |
| Address: 10702 W CRUSER DR BOISE, ID 83709 | **5' 11"** 197 lbs | Hair Color: **BLOND** | Eye Color: **BLUE** | |

Occupation:
Bus or School:         , ID

Res Phone: **(208) 747-7068**  Cell Phone: ( ) -  Bus Phone: ( ) -

SSN: - -  OLN/St: **ZF350770C / ID**

Relationship:
Injury Type: **BROKEN BONES**
How Ident.: **Driver's License**

Vehicle: #1 : **2012 Dodge Challenger 2DR BLACK S3WARD ID 2C3CDYBT2EH101586 Towed by: WTF Towing**

| Offense/Charge | Law Section | Counts | Severity |
|---|---|---|---|
| DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE | 37-2734A(1) | 1 | MISDEMEANOR |

### Admin

| Officer(s) Reporting | Ada No. | | | Related DR#s |
|---|---|---|---|---|
| **Ofc. Donald Heida** | 10664 | ☐ Phone Rpt. ☐ Counter Rpt. | ☐ Audio Recording ☑ Video Recording ☑ PPI | |
| Approved Supervisor **Sgt. Kevin Wilson** | Ada No 3132 | Approved Date 05/17/2023 03:20 | | |
| Assigned To | Ada No | | Route To: **COUNTY PROSECUTOR** | |

Copies To:

MERIDIAN DEFS 0001

# Meridian Police Department
## General Report

RD: **730**  DR# **2023-3128**

| Charge | Statute | Qty | Class |
|---|---|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS | 18-705 | 1 | MISDEMEANOR |
| UNLAWFUL POSSESSION OF A FIREARM | 18-3316 | 1 | FELONY |
| DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES) | 18-8004(1)(a) | 1 | MISDEMEANOR |
| ASSAULT OR BATTERY UPON CERTAIN PERSONNEL | 18-915 | 1 | MISDEMEANOR |
| CONTROLLED SUBSTANCE-POSSESSION OF PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH A VALID PRESCRIPTION | 37-2732(c)(3) | 1 | MISDEMEANOR |
| CONTROLLED SUBSTANCE-FELONY POSSESSION OF | 37-2732(c)(1) | 1 | FELONY |

☑Arrest ☐Cited ☑Cuffs Checked ☑Seat Belted  Summons: ,1066400703

Arrested location: N TEN MILE RD / W USTICK RD at 05/16/2023 17:31

**Victim** HEIDA, DONALD STEVEN
Address: 1401 E WATERTOWER ST MERIDIAN, ID 83642-
Race: W  Sex: M  DOB:  Age:
6' 5"  220 lbs  Hair Color: SANDY  Eye Color: GREEN
Occupation: POLICE OFFICER  Res Phone: ( ) -  SSN: 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  Relationship:
Bus or School: CITY OF MERIDIAN  Cell Phone: ( ) -  OLN/St: BB218129K / ID  Injury Type: NONE
1401 E WATERTOWER, MERIDIAN ID  Bus Phone: (208) 519-1389  How Ident.: Driver's License

**Victim** STATE OF IDAHO
Address: , ID -
Race:  Sex:  DOB:  Age:
' "  lbs  Hair Color:  Eye Color:
Occupation:  Res Phone: ( ) -  SSN: - -  Relationship:
Bus or School:  Cell Phone: ( ) -  OLN/St: /  Injury Type:
, ID  Bus Phone: ( ) -  How Ident.:

**Evidence**

Total Qty: 4.00  Total: $0.00

**Admin**
Officer(s) Reporting: **Ofc. Donald Heida**  Ada No. **10664**
Approved Supervisor: **Sgt. Kevin Wilson**  Ada No **3132**  Approved Date **05/17/2023 03:20**

MERIDIAN DEFS 0002

# Meridian Police Department
## General Report

RD: **730**  DR# **2023-3128**

| ItemNo | Qty | UOM | WC | Type | Make | Model | Color | Description | Serial/VIN | Value |
|--------|-----|-----|-----|------|------|-------|-------|-------------|------------|-------|
| | | | | | *Evidence Booked* | | | | | |
| 4 | 2 | | | SEIZED | | | | ORIGINAL BAGS WHICH CONTAINED DRUGS | | $0.0 |
| 5 | 1 | | | SEIZED | | | | 1 VIAL SEWARD'S BLOOD | 20I8832 | $0.0 |
| 6 | 24.700 | GM | NET | SEIZED | METH/ AMPHETAMI NES | | | METHAMPHETAMINE | | $0.0 |
| 7 | 25.000 | DU | PIL | SEIZED | OTHER DEPRESSAN TS | | | ALPRAZOLAM PILLS | | $0.0 |
| | 4.00 | | | | | | | | | $0.0 |

\

| **Admin** | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Ofc. Donald Heida** | **10664** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Kevin Wilson** | **3132** | **05/17/2023 03:20** |

# Meridian Police Department
## Narrative Report

| | | | RD: 730 | DR# 2023-3128 |
|---|---|---|---|---|

| 1. Incident Topic | 2. Subject/Victim's Name |
|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | STATE OF IDAHO, |

| 3. Address | | 4. Phone |
|---|---|---|
| N TEN MILE RD / W USTICK RD , MERIDIAN | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 05/16/2023 | 17:09 | COUNTY PROSECUTOR | PATROL |

On May 16, 2023 at approximately 1713 hours, I was working unformed patrol when I was dispatched to a stalled vehicle located near Ten Mile and Ustick. The calling party stated a black Camero was located with the engine running in the roadway but either it was not occupied or the driver was laying down. I arrived on scene and located a black 2014 Dodge Challenger (ID plate S3WARD) partly in the southbound #2 lane of N Ten Mile Road just north of W Ustick Road. The Challenger was also obstructing the dedicated southbound bike lane. The Challenger had extremely dark window tint on the side and rear windows. The Challenger had a strip of window tint below the AS-1 line on the front windshield. The driver, who was later identified by his Idaho driver's license as Colt Seward, was passed out in the driver seat with the seat partially reclined. The engine was on, the Challenger was in gear, and the brake lights were on. Colt was the sole occupant of the vehicle. Officer McDonald positioned his patrol vehicle in front of Colt's vehicle to prevent him from driving away once he woke up and I positioned my patrol vehicle behind Colt's vehicle. Both of our overhead emergency lights were activated.

Officer McDonald and I knocked on Colt's windows to wake him up. Eventually Colt woke up. I instructed Colt to roll his windows down. I instructed Colt to put his vehicle in park and to turn it off. Colt complied with my instructions. I instructed Colt to exit his vehicle so I could talk to him on the sidewalk and out of traffic. Colt stated was tired and fell asleep. Colt was unsteady on his feet walking to the sidewalk.

Due to Colt being passed out in his vehicle in broad daylight in the middle of a very busy roadway I asked him to perform standardized field sobriety tests. Colt denied consuming any alcohol. Colt admitted to using illicit drugs in the past and that he just got off parole. Based on my training and experience illicit drug users usually are not truthful about the timeframe of the last time they used and illicit substance. I asked Colt if he had any recent head injuries and he informed me he did not have any recent head injuries. I asked Colt if he takes any prescription medications and at this time he stated no. Colt was not wearing glasses or contacts. Colt did not have any physical impairments. Colt had difficulty in following simple directions such as putting his heels and toes together to get into the starting position of the HGN test. Colt seemed very lethargic.

Horizontal Gaze Nystagmus (HGN): I observed both of Colt's eyes were tracking equally and his pupils appeared to be the same size. I observed a lack of smooth pursuit in both of his eyes. I observed distinct and sustained nystagmus at maximum deviation in both of his eyes. I observed onset of nystagmus prior to forty-five degrees in both of his eyes. While conducting the HGN test I did not smell the odor of an alcoholic beverage coming from Colt's breath. Colt scored six points on the HGN test. Colt had dilated pupils which is an indicator of CNS stimulant use.

Walk and Turn (WAT): I explained and demonstrated the Walk and Turn test. I asked Colt if he had any questions and he did not. Colt raised his arms more than six inches from his sides for balance. Colt stepped offline. Colt made an improper turn by

| Admin | |
|---|---|
| Officer(s) Reporting<br>**Ofc. Donald Heida** | Ada No.<br>**10664** |
| Approved Supervisor<br>**Sgt. Kevin Wilson** | Ada No<br>**3132** | Approved Date<br>**05/17/2023 03:20** |

# Meridian Police Department
## Narrative Report

RD: **730**  DR# **2023-3128**

| 1. Incident Topic | 2. Subject/Victim's Name | | |
|---|---|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | STATE OF IDAHO, | | |
| 3. Address | | 4. Phone | |
| N TEN MILE RD / W USTICK RD , MERIDIAN | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 05/16/2023 | 17:09 | COUNTY PROSECUTOR | PATROL |

not stepping around his pivot foot. Colt scored three points on the WAT test.

One Leg Stand (OLS): I explained and demonstrated the One Leg Stand test. I asked Colt if he had any questions and he did not. Colt swayed and used his arms for balance during the test. Colt scored two points on the OLS test.

I asked Colt on a scale of 1-10 with ten being the most impaired he has ever been and one being not impaired at all where would you place yourself? Colt stated I was just really tired. I informed Colt I was arresting him for driving under the influence of alcohol and/or drugs. I placed Colt into two sets of handcuffs due to him having broad shoulders, I checked the handcuffs for proper fit, and double locked them. I searched Colt for weapons and/or contraband. I located an empty firearm holster inside Colt's waistband on his right side which I found very odd. In Colt's right cargo pocket, I located a green bag. Before I opened the bag, Colt made the spontaneous statement "they're drugs". I briefly opened the bag where I located white pills and a white crystal-like substance which I recognized to be methamphetamine. I secured Colt with a safety restraint in the backseat of my patrol vehicle on the passenger side. I requested a tow truck.

Due to my patrol vehicle being in the middle of a busy road I pulled my patrol vehicle into the Maverick parking lot located a 3202 W Ustick Road to conduct the rest of my DUI investigation. As I pulled into the parking lot I could see Colt moving around an excessive amount in the backseat of my patrol vehicle. When I looked in the backseat I could see Colt already had slipped one of his handcuffs under his right leg. I told Colt he was going to keep his hands behind his back and he stated "no I'm not going to do that". I requested Officer McDonald to walk over to my patrol vehicle so we could put Colt's hands back behind his back. It is an extreme officer safety risk for a suspect to have their hands in front of them due to them being able to fight and access unknown weapons hidden on or in their body. I opened the backseat door again and now Colt had slippe both handcuffs to the front of his body.

I informed Colt that Officer McDonald was going to take his right hand out of the handcuff so I could place both of his hand back behind him. I was positioned on Colt's left side and Officer McDonald was positioned on his right side. As soon as Officer McDonald took Colt's right hand out of his handcuff he pulled his hands away and was actively resisting arrest. Colt used his left elbow to elbow me in my chest to try to get away. At this time Colt knocked by BWC (body worn camera) off m chest. Officer McDonald and I forced Colt into the doorway of my patrol vehicle to attempt to gain control of him. Colt only had one handcuff around his left hand with the second handcuff hanging off of it. Handcuffs can be used as a weapon again officers by the suspect swinging them around. This risk is magnified when there are two handcuffs because it doubles the distance that a suspect has to strike and officer. While Colt was in the doorway I used approximately two or three closed fis compliance strikes to the right side of Colt's face to attempt to place him back into handcuffs. These strikes were unsuccessful. Officer McDonald gave Colt several commands to place his hands behind his back while he was still fighting

| Admin | |
|---|---|
| Officer(s) Reporting<br>**Ofc. Donald Heida** | Ada No.<br>**10664** |
| Approved Supervisor<br>**Sgt. Kevin Wilson** | Ada No<br>**3132** |

Approved Date
05/17/2023 03:20

MERIDIAN DEFS 0005

# Meridian Police Department
## Narrative Report

RD: **730**  DR# **2023-3128**

| 1. Incident Topic | 2. Subject/Victim's Name |
|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | STATE OF IDAHO, |

| 3. Address | | | 4. Phone | |
|---|---|---|---|---|
| N TEN MILE RD / W USTICK RD , MERIDIAN | | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 05/16/2023 | 17:09 | COUNTY PROSECUTOR | PATROL |

with us during this time.

I grabbed onto Colt around his shoulders with both of my hands and forced him to the ground. Colt was still actively resisting and would not give me his left hand which still had two sets of handcuffs on it. I instructed Colt to "give me your hands, do it now" to which Colt still refused. I then used approximately three closed fist strikes to the right side of Colt's face and nose to be able to gain control of his left hand. Colt now complied and Officer McDonald and I were able to place Colt back into handcuffs. Officer McDonald requested medics respond to our location. Officer McDonald and I sat Colt up in a seated position to wait for medics. I was now able to pick up my BWC from the ground and place it back onto my uniform. Colt sustained a laceration to his face and he was actively bleeding.

Ada County Paramedics and Meridian Fire responded to the scene. After being evaluated by medics I transported Colt to St. Lukes Meridian Medical Center to be cleared for the jail.

I previously checked Colt's mouth for foreign material and none was found. I played an audio recording of the Administrative License Suspension (ALS) advisory to Colt. After listening to the ALS and after the mandatory 15-minute observation period Colt agreed to submit to a breath test. I remained in close proximity to Colt and did not hear or see him burp, belch, or vomit. Colt provided three breath samples on a Lifeloc FC20. The results were insuf/insuf/.000 BrAC.

Due to Colt's performance on his SFST's I requested for him to submit to a blood test. Post Miranda Colt now admitted to being a long-time methamphetamine user and that his blood would contain methamphetamine. Colt also admitted to using Zanax earlier in the day. Due to Colt's violent behavior I did not request a DRE (drug recognition expert). A DRE also was not available. Colt consented to a blood draw. I observed Naila Graves, a registered nurse, draw one vial of blood from Colt's right arm while at St. Lukes. Based on my training and experience it appeared to me Colt was coming down off the effects of methamphetamine and his Zanax use would explain having HGN present.

While at St. Lukes Colt was asleep for a majority of the entire four hours and had difficulty being woken up by medical personnel. Colt was very lethargic. St. Lukes personnel stated Colt suffered a broken nose and a broken right orbital while he was actively resisting arrest. While at St. Lukes Colt apologized to me for his actions. Colt was cleared for jail by St. Lukes medical personnel.

I took photos of Colt at the original scene, at the hospital, and at the jail. Colt had a swollen right eye, two lacerations to the right side of his nose, and a scrape to the right and left side of his forehead.

Officer McDonald inventoried and released the Challenger to WTF Towing. Officers located a loaded HK P30 .40 caliber

| *Admin* | |
|---|---|
| Officer(s) Reporting<br>**Ofc. Donald Heida** | Ada No.<br>**10664** |
| Approved Supervisor<br>**Sgt. Kevin Wilson** | Ada No<br>**3132** |

Approved Date
05/17/2023 03:20

MERIDIAN DEFS 0006

# Meridian Police Department
## Narrative Report

RD: **730**   DR# **2023-3128**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH<br>INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | | STATE OF IDAHO, | | |
| 3. Address<br>N TEN MILE RD / W USTICK RD , MERIDIAN | | | 4. Phone | |
| 5. Date Occurred<br>05/16/2023 | 6. Time Occured<br>17:09 | 7. Route To<br>COUNTY PROSECUTOR | | 8. Division<br>PATROL |

(Serial #219-011707) in the locked glovebox of the Challenger. Officer McDonald seized the firearm and later booked it into evidence. Colt is the registered owner of the Challenger, he was the only occupant of the vehicle, and he is a prohibited possessor of firearms due to several previous felony convictions.

A driver's check revealed Colt was convicted of a prior DUI in Ada County, ID in 2016.

I transported Colt to the Ada County Jail where he was booked on driving under the influence-second offense, possession of a controlled substance-methamphetamine, possession of a controlled substance without a valid prescription-Alprazolam, possession of drug paraphernalia, resisting and obstructing officers, misdemeanor battery on a law enforcement officer, and felon in possession of a firearm.

On May 17, 2023 I used a TruNarc to test the suspected methamphetamine. It tested presumptive positive. Using a pill identifier, I determined the white pills located in Colt's pocked were imprinted GG249 which is identified as 2mg Alprazolam (also known as Zanax-a schedule IV drug). Colt did not have a prescription for these pills. I entered 24.7 grams net weight of methamphetamine, 25 pills of Alprazolam (some were broken), both original bags which contained the drugs, and one vial of Colt's blood into evidence at the Meridian Police Department.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

5/17/2023

**(Officer's Signature)**

*[signature: Donald Heida]*

| Admin | | | |
|---|---|---|---|
| Officer(s) Reporting<br>**Ofc. Donald Heida** | Ada No.<br>**10664** | | |
| Approved Supervisor<br>**Sgt. Kevin Wilson** | Ada No<br>**3132** | Approved Date<br>**05/17/2023 03:20** | |

MERIDIAN DEFS 0007

# Meridian Police Department
## Field Sobriety Test Report

RD: **730**    DR# **2023-3128**

| SUSPECT NAME: SEWARD, COLT J | LOCATION: |
|---|---|

### PRE-TEST QUESTIONS

Where were you going?

Who were you drinking with?

| Where were you drinking? | Time Started: | Time Stopped: |
|---|---|---|

What were you drinking?  ☐ Beer  ☐ Wine  ☐ Liquor   How Many? 0

Contact Lenses?  ☐ Yes  ☑ No        False Teeth?  ☐ Yes  ☑ No

Physical Impairments?  ☐ Yes  ☑ No    If yes, what?

Are you taking any medications?  ☑ Yes  ☐ No   If yes, what? Xanax        Last dose?

### HORIZONTAL GAZE NYSTAGMUS

☐ **Refusal**

| **EYES** | | | **OPTIONAL** | | |
|---|---|---|---|---|---|
| Left | Right | | Left | Right | |
| ☑ | ☑ | Eye does not pursue smoothly | ☐ | ☐ | Vertical nystagmus |
| ☑ | ☑ | Distinct Nystagmus at max deviation | ☐ | ☐ | Lack of convergence |
| ☑ | ☑ | Nystagmus onset prior to 45 degrees | ☐ | ☐ | Rebound dilation |
| 6 | | TOTAL POINTS(decision points 4 or more) | | | |

### WALK AND TURN / ONE LEG STAND

| WALK AND TURN | ONE LEG STAND |
|---|---|
| ☐ **Refusal** | ☐ **Refusal** |
| ☐ Cannot keep balance during instructions | ☑ Sways |
| ☐ Starts too soon | ☑ Raises arms |
| ☐ Stops too soon | ☐ Hops |
| ☐ Misses heel to toe | ☐ Puts foot down |
| ☑ Steps off the line | ☐ Cannot do test |
| ☑ Raises arms | 2 TOTAL POINTS(decision points 2 or more) |
| ☐ Wrong number of steps | |
| ☑ Improper Turn | |
| ☐ Cannot do test | |
| 3 TOTAL POINTS(decision points 2 or more) | |

### BREATH TESTING / OTHER EVIDENCE COLLECTED

| BREATH TESTING | OTHER EVIDENCE COLLECTED |
|---|---|
| ☐Refusal  ☐ALS attached  **BrAC Results**  insuf/ insuf/.000 | ☐Urine  ☑Blood  ☑Narcotics Suspected |

### ADDITIONAL FIELD NOTES / FIELD SOBRIETY APPEARANCE

| ADDITIONAL FIELD NOTES | FIELD SOBRIETY APPEARANCE | | |
|---|---|---|---|
| ☐ Audio Tape | **Demeanor** | ☐ Cooperative | ☐ Mood Swings |
| Lighting conditions: daylight | | ☐ Vulgar | ☐ Threatening |
| Temperature: 81 degrees | | ☐ Other | |
| Wind: minimal | **Speech** | ☑ Slow | ☐ Rapid |
| Precipitation: none | | ☐ Thick Tongued | |
| Road Condition: asphalt | | ☐ Other | |
| FST surface: concrete sidewalk | **Clothing** | ☐ Soiled | ☐ Disarray |
| asphalt | | ☐ Other | |

### PHYSICAL INDICATORS

☐ Slurred speech    ☐ Glassy, bloodshot eyes    ☐ Flaccid muscle tone    ☐ Odor of alcoh. beverage

### MEDICAL

☐ Sick or Injured    ☐ Have Medication(s)    ☐ Under Doctor Care    ☐ Under Dentist Care

☐ Epileptic    ☐ Diabetic    ☐ Taking Insulin

What have you eaten?

When did you last sleep?

**Admin**

| Officer(s) Reporting | Ada No. |
|---|---|
| **Ofc. Donald Heida** | **10664** |

| Approved Supervisor | Ada No | Approved Date |
|---|---|---|
| **Sgt. Kevin Wilson** | **3132** | **05/17/2023 03:20** |

MERIDIAN DEFS 0008

# Meridian Police Department
## General PHOTO LOG

RD: **730**    DR# **2023-3128**

**Report By: DHEIDA (10664)**

**Incident Date: 05/16/2023 17:09      23 Photos**

| Ctr | Created on | Title / Comment | | Filename |
|---|---|---|---|---|
| 0001 | 05/16/23 23:35 | METHAMPHETAMINE / | | IMG_36741.JPG |
| 0002 | 05/16/23 23:28 | ORIGINAL BAGS WHICH CONTAINED DRUGS / | | IMG_36691.JPG |
| 0003 | 05/16/23 23:30 | ALPRAZOLAM PILLS / | | IMG_36721.JPG |
| 0004 | 05/16/23 17:47 | photos of Seward / | | IMG_3653.JPG |
| 0005 | 05/16/23 17:47 | photos of Seward / | | IMG_3654.JPG |
| 0006 | 05/16/23 21:04 | photos of Seward / | | IMG_3655.JPG |
| 0007 | 05/16/23 21:04 | photos of Seward / | | IMG_3656.JPG |
| 0008 | 05/16/23 21:04 | photos of Seward / | | IMG_3657.JPG |
| 0009 | 05/16/23 21:04 | photos of Seward / | | IMG_3658.JPG |
| 0010 | 05/16/23 21:04 | photos of Seward / | | IMG_3659.JPG |
| 0011 | 05/16/23 21:05 | photos of Seward / | | IMG_3660.JPG |
| 0012 | 05/16/23 21:05 | photos of Seward / | | IMG_3661.JPG |
| 0013 | 05/16/23 21:05 | photos of Seward / | | IMG_3662.JPG |
| 0014 | 05/16/23 22:20 | photos of Seward / | | IMG_3664.JPG |

| **Admin** | | | |
|---|---|---|---|
| Officer(s) Reporting **Ofc. Donald Heida** | Ada No. **10664** | | |
| Approved Supervisor **Sgt. Kevin Wilson** | Ada No **3132** | Approved Date **05/17/2023 03:20** | |

**MERIDIAN DEFS 0009**

# Meridian Police Department
## General PHOTO LOG

RD: **730**   DR# **2023-3128**

| | | | | |
|---|---|---|---|---|
| 0015 | 05/16/23 22:21 | photos of Seward / | | IMG_3665.JPG |
| 0016 | 05/16/23 22:21 | photos of Seward / | | IMG_3666.JPG |
| 0017 | 05/16/23 22:21 | photos of Seward / | | IMG_3667.JPG |
| 0018 | 05/16/23 23:28 | photos of Seward / | | IMG_3669.JPG |
| 0019 | 05/16/23 23:28 | photos of Seward / | | IMG_3670.JPG |
| 0020 | 05/16/23 23:28 | photos of Seward / | | IMG_3671.JPG |
| 0021 | 05/16/23 23:30 | photos of Seward / | | IMG_3672.JPG |
| 0022 | 05/16/23 23:35 | photos of Seward / | | IMG_3673.JPG |
| 0023 | 05/16/23 23:35 | photos of Seward / | | IMG_3674.JPG |

**Admin**

Officer(s) Reporting
**Ofc. Donald Heida**

Ada No.
**10664**

Approved Supervisor
**Sgt. Kevin Wilson**

Ada No
**3132**

Approved Date
**05/17/2023 03:20**

**MERIDIAN DEFS 00010**

# Meridian Police Department
## Report Photos

RD: **730**    DR# **2023-3128**

**(0001) METHAMPHETAMINE**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:35
Filename: IMG_36741.JPG



**(0002) ORIGINAL BAGS WHICH CONTAINED DRUGS**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:28
Filename: IMG_36691.JPG



**(0003) ALPRAZOLAM PILLS**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:30
Filename: IMG_36721.JPG



**(0004) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 17:47
Filename: IMG_3653.JPG



| **Admin** | | | |
|---|---|---|---|
| Officer(s) Reporting | Ada No. | | |
| **Ofc. Donald Heida** | **10664** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Kevin Wilson** | **3132** | **05/17/2023 03:20** | |

MERIDIAN DEFS 00011

# Meridian Police Department
## Report Photos

RD: **730**   DR# **2023-3128**

**(0005) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 17:47
Filename: IMG_3654.JPG



**(0006) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 21:04
Filename: IMG_3655.JPG



**(0007) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 21:04
Filename: IMG_3656.JPG



**(0008) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 21:04
Filename: IMG_3657.JPG



| Admin | | |
|---|---|---|
| Officer(s) Reporting **Ofc. Donald Heida** | Ada No. **10664** | |
| Approved Supervisor **Sgt. Kevin Wilson** | Ada No **3132** | Approved Date **05/17/2023 03:20** |

MERIDIAN DEFS 00012

# Meridian Police Department
## Report Photos

RD: **730**    DR# **2023-3128**

---

**(0009) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 21:04
Filename: IMG_3658.JPG



**(0010) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 21:04
Filename: IMG_3659.JPG



**(0011) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 21:05
Filename: IMG_3660.JPG



**(0012) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 21:05
Filename: IMG_3661.JPG



---

| **Admin** | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Ofc. Donald Heida** | **10664** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Kevin Wilson** | **3132** | **05/17/2023 03:20** |

MERIDIAN DEFS 00013

# Meridian Police Department
## Report Photos

RD: **730**  DR# **2023-3128**

| | |
|---|---|
| **(0013) photos of Seward**<br>Added By: DHEIDA (10664)<br>Created: 05/16/2023 21:05<br>Filename: IMG_3662.JPG | **(0014) photos of Seward**<br>Added By: DHEIDA (10664)<br>Created: 05/16/2023 22:20<br>Filename: IMG_3664.JPG |

 

| | |
|---|---|
| **(0015) photos of Seward**<br>Added By: DHEIDA (10664)<br>Created: 05/16/2023 22:21<br>Filename: IMG_3665.JPG | **(0016) photos of Seward**<br>Added By: DHEIDA (10664)<br>Created: 05/16/2023 22:21<br>Filename: IMG_3666.JPG |

 

| **Admin** | | |
|---|---|---|
| Officer(s) Reporting<br>**Ofc. Donald Heida** | Ada No.<br>**10664** | |
| Approved Supervisor<br>**Sgt. Kevin Wilson** | Ada No<br>**3132** | Approved Date<br>**05/17/2023 03:20** |

**MERIDIAN DEFS 00014**

# Meridian Police Department
## Report Photos

RD: **730**  DR# **2023-3128**

**(0017) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 22:21
Filename: IMG_3667.JPG



**(0018) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:28
Filename: IMG_3669.JPG



**(0019) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:28
Filename: IMG_3670.JPG



**(0020) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:28
Filename: IMG_3671.JPG



| Admin | | |
|---|---|---|
| Officer(s) Reporting **Ofc. Donald Heida** | Ada No. **10664** | |
| Approved Supervisor **Sgt. Kevin Wilson** | Ada No **3132** | Approved Date **05/17/2023 03:20** |

**MERIDIAN DEFS 00015**

# Meridian Police Department
## Report Photos

RD: **730**   DR# **2023-3128**

**(0021) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:30
Filename: IMG_3672.JPG



**(0022) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:35
Filename: IMG_3673.JPG

**(0023) photos of Seward**
Added By: DHEIDA (10664)
Created: 05/16/2023 23:35
Filename: IMG_3674.JPG



| Admin | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Ofc. Donald Heida** | **10664** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Kevin Wilson** | **3132** | **05/17/2023 03:20** |

**MERIDIAN DEFS 00016**

## Meridian Police Department
### Supplemental Report

RD: **730**    DR# **2023-3128**

| 1. Incident Topic | 2. Subject/Victim's Name |
|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | STATE OF IDAHO, |

| 3. Address | | 4. Phone |
|---|---|---|
| N TEN MILE RD / W USTICK RD , MERIDIAN | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 05/16/2023 | 17:09 | COUNTY PROSECUTOR | PATROL |

**\* Has Video \* Has PPI \***

### Evidence Booked

| ItemNo | Qty | UOM | WC | Type | Make | Model | Color | Description | SerialNoOrVIN | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | SEIZED | HK SIDEARMS GMBH | P30 | BLACK | BLACK .40CAL HK P30 HANDGUN | 219-011707 | $20.0 |
| 2 | 1 | | | SEIZED | HK | P30 | BLACK | BLACK HK P30 MAGAZINE | | $10.0 |
| 3 | 7.000 | | | SEIZED | SMITH & WESSON | .40CAL | GOLD | 7 .40CAL ROUNDS | | $10.0 |
| | 3.00 | | | | | | | | | $100.0 |

### Narrative

On 5/16/23 at approximately 1710 hours, I responded to a stalled vehicle call on N. Ten Mile Rd. just north of W. Ustick Rd. Call notes stated a black Chevrolet Camaro was running and either unoccupied or the driver was laying down.

I arrived on scene just after Ofc. Heida and observed the vehicle to be a Dodge Challenger (ID, S3WARD). Ofc. Heida stated there was indeed a male subject in the driver's seat, but he was passed out. I positioned my patrol vehicle with the push bumpers approximately 2 inches away from the front of the Dodge Challenger to prevent it from going forward abruptly into traffic.

After several knocks on the windows, the male woke up. I instructed the male driver to place the vehicle in park and to turn it off. I then instructed the male, later identified as Colt Seward, to walk to the sidewalk where Ofc. Heida was located. Ofc. Heida then conducted a Driving Under the Influence investigation on Colt while I stood by as a cover officer. At the conclusion of his investigation, Ofc. Heida advised Colt he was under arrest for DUI and placed two sets of handcuffs on Colt. Colt was then searched incident to arrest and Ofc. Heida located a controlled substance in a green bag on Colt's person. As Ofc. Heida was checking the bag, Colt stated, "they're drugs." Colt was then placed in the back of Ofc. Heida's patrol vehicle.

Ofc. Heida moved to the Maverik parking lot located at 3202 W. Ustick Rd. on the northwest corner of the above intersection. I flipped my patrol vehicle around and got behind the Challenge while waiting for the tow truck. I then began working on a Tow form for the vehicle when Ofc.

### Admin

| Officer(s) Reporting | Ada No. | | |
|---|---|---|---|
| **Ofc. Sean McDonald** | **3536** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Kevin Wilson** | **3132** | 05/17/2023 00:48 | |

MERIDIAN DEFS 00017

# Meridian Police Department
## Supplemental Report

RD: **730**  DR# **2023-3128**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | | STATE OF IDAHO, | | |

| 3. Address | | | 4. Phone | |
|---|---|---|---|---|
| N TEN MILE RD / W USTICK RD , MERIDIAN | | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 05/16/2023 | 17:09 | COUNTY PROSECUTOR | PATROL |

**\* Has Video \* Has PPI \***

Heida asked me to come to his vehicle. I approached the patrol vehicle and Ofc. Heida stated Colt had slipped his handcuffs to the front of his body. Ofc Heida then explained to Colt that I was going to loosen his right handcuff and we were going to place them behind his back again.

I unlocked Colt's right handcuff and placed his right hand behind his back. Ofc. Heida then began to bring Colt's left hand with two sets of loosened handcuffs behind his back so I could place them on his right wrist again. I began to place the handcuffs on Colt's right wrist and as I attempted to get the handcuffs to his wrist, Colt pulled away. I quickly grabbed Colt's right hand and got it behind his back but Ofc. Heida was unable to place Colt's left hand with the two sets of loose handcuffs behind his back. I observed Colt attempt to push or elbow Ofc. Heida with his left arm as we were attempting to gain control of Colt.

Ofc. Heida and myself pushed Colt forward toward the back seat of the patrol vehicle to gain better control of Colt, but he kept resisting and preventing us from placing the handcuffs behind his back. Ofc. Heida grabbed Colt around the shoulders as I still had control of his right hand and he was taken to the ground. I gave Colt multiple commands to place his hands behind his back. I was able to get his right hand behind his back, but Colt still refused to place his left hand behind his back that still had two sets of handcuffs on it. I radioed for additional units at this time as Colt was still resisting and we were not able to place him into handcuffs. Ofc. Heida applied multiple compliance strikes to Colt and he eventually placed his left hand behind his back. I was able to secure Colt's right hand into handcuffs. I checked them for tightness and double locked them. Once Colt was placed into handcuffs again, I called for EMS as well due to Colt sustaining an injury to his head during the struggle.

Once Colt was secured in handcuffs and had calmed down, Ofc. Heida and myself placed Colt in the recovery position and then sat him up while waiting for paramedics. Additional officers arrived on scene as well as paramedics. I proceeded back to my patrol vehicle to complete the tow form and search Colt's vehicle. I did not locate any other controlled substances, however a loaded handgun was located in the locked glove box. I observed a black colored HK P30 .40cal with serial # 219-011707, which returned clear after a records check. I observed one round loaded in the chamber and an additional 6 rounds in the magazine, which was removed from the

| *Admin* | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Ofc. Sean McDonald** | **3536** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Kevin Wilson** | **3132** | **05/17/2023 00:48** |

MERIDIAN DEFS 00018

# Meridian Police Department
## Supplemental Report

RD: **730**　DR# **2023-3128**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | | STATE OF IDAHO, | |

| 3. Address | | | 4. Phone |
|---|---|---|---|
| N TEN MILE RD / W USTICK RD , MERIDIAN | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division |
|---|---|---|---|---|
| 05/16/2023 | 17:09 | COUNTY PROSECUTOR | | PATROL |

**\* Has Video \* Has PPI \***

handgun. I seized the handgun and placed it into an evidence bag.

WTF towing then arrived on scene and took possession of the Challenger. Back at the Meridian Police Department, I took additional photographs of the firearm, ammunition (7) and magazine. I then booked the firearm and ammunition separately into evidence.

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

05/17/2023

(Officer's Signature)

| **Admin** | | | |
|---|---|---|---|
| Officer(s) Reporting | Ada No. | | |
| **Ofc. Sean McDonald** | **3536** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Kevin Wilson** | **3132** | **05/17/2023 00:48** | |

MERIDIAN DEFS 00019

# Meridian Police Department
## Supplemental Report

RD: **730**    DR# **2023-3128**

| 1. Incident Topic | 2. Subject/Victim's Name |
|---|---|
| ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS<br>ASSAULT OR BATTERY UPON CERTAIN PERSONNEL<br>CONTROLLED SUBSTANCE-FELONY POSSESSION OF<br>CONTROLLED SUBSTANCE-POSSESSION OF<br>PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH<br>A VALID PRESCRIPTION<br>DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)<br>DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE<br>UNLAWFUL POSSESSION OF A FIREARM | STATE OF IDAHO, |

| 3. Address | | 4. Phone |
|---|---|---|
| N TEN MILE RD / W USTICK RD , MERIDIAN | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 05/16/2023 | 17:09 | COUNTY PROSECUTOR | TRAFFIC |

**\* Has Video \***

### Narrative

On 05/16/23 at approximately 1749 hours I responded to assist Officers McDonald and Heida with a code 3 assist request at the intersection of N Ten Mile Rd / W Ustick Rd in Meridian, ID regarding a combative suspect. Once on scene the situation was under control and I assisted Officer McDonald with a search of a black Dodge Challenger. I was told the driver of the Challenger, Seward, had been found in possession of illegal narcotics while being taken into custody.

I found the glovebox was locked, which I opened using the key stored within the fob. Inside the glovebox was a HK P30 handgun, which I removed, cleared the live round from the chamber and removed the loaded magazine. I requested Ada County Dispatch run the serial number and I was informed the firearm was clear of wants. I turned the firearm over to Officer McDonald.

I took no additional action in this case.

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

05/17/2023

(Officer's Signature)

### Admin

| Officer(s) Reporting | Ada No. | | |
|---|---|---|---|
| **Ofc. Richard Lee** | 3134 | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Kevin Wilson** | 3132 | 05/17/2023 16:51 | |

MERIDIAN DEFS 00020

DR# 2023-3128

IN THE COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO,
IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| THE STATE OF IDAHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROBABLE CAUSE AFFIDAVIT IN |
| vs. | ) | SUPPORT OF ARREST AND/OR |
| | ) | REFUSAL TO TAKE TEST |
| | ) | |
| SEWARD, COLT J | ) | |
| Defendant. | ) | |
| DOB        1/2/1992 | ) | |
| SSN        ***-**-- - | ) | |
| DL#   ZF350770C    STATE   ID | ) | |

| | |
|---|---|
| State of Idaho | ) |
| | ss. |
| County of Ada | ) |

I, **Heida, Donald** , the undersigned, being first duly sworn on oath, deposes and says that:

1. I am a peace officer employed by the City of Meridian, Idaho.

2. The defendant was arrested on **5/16/2023** at **5:31 PM** hours for the crimes of:

I. **ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS**

II. **ASSAULT OR BATTERY UPON CERTAIN PERSONNEL**

III. **CONTROLLED SUBSTANCE-FELONY POSSESSION OF**

IV. **CONTROLLED SUBSTANCE-POSSESSION OF PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH A VALID PRESCRIPTION**

V. **DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)**

VI. **DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE**

VII. **UNLAWFUL POSSESSION OF A FIREARM**

3. Location of Occurrence: **N TEN MILE RD / W USTICK RD** , Meridian, Idaho.

4. Identified the defendant as **SEWARD, COLT J** , by:

☐ State ID Card   ☑ Driver's License   ☐ Verbal by defendant   ☐ Other _____

Witness _____ identified defendant.

5. The crime(s) was committed in my presence. ☑ Yes ☐ No If no, information was supplied to me by: (witness) _____

**VEHICLE INFO:** Color **BLACK** Year **2012** Make **Dodge**

Model **Challenger 2DR** License No. **S3WARD** State **ID**

6. (DUI): Actual physical control established by:

☑ Observation by affiant   ☐ Observation by Officer: _____

**MERIDIAN DEFS 00021**

☐ Admission of defendant to:

☐ Statement of Witness _____    ☐ Other: _____

Two or more convictions in the last ten years?    ☐ Yes  ☑ No  ☐ Felony  ☑ Misdemeanor

7. I believe there is probable cause that the defendant committed such crime(s) because of the following facts:

MERIDIAN DEFS 00022

(Note: You must include the source of all information that you provide below. Include both what you observed and what you learned from someone else, identifying that person.)

**PROBABLE CAUSE OF THE STOP AND ARREST:**

On May 16, 2023 at approximately 1713 hours, I was dispatched to a stalled vehicle located near Ten Mile and Ustick. I located a black 2014 Dodge Challenger (ID plate S3WARD) partly in the southbound #2 lane of N Ten Mile Road just north of W Ustick Road. Colt Seward was passed out in the driver seat with the engine on, the vehicle in gear, and the brake lights on. Colt performed and met decision points on all three standardized field sobriety tests. I arrested Colt for DUI. While searching Colt I located a green bag in his pocket which contained suspected methamphetamine and white pills (later identified as Alprazolam without a prescription).

While in the backseat of my patrol vehicle Colt slipped his handcuffs and brought them to the front of his body. While Officer McDonald and I attempted to placed Colt's hands back behind his back he pulled his hands away and elbowed me in the chest with his left elbow while only having his left hand handcuffed. Colt provided three breath samples on a Lifeloc FC20. The results were insuf/insuf/.000 BrAC. Colt consented to a blood draw which was performed at St. Lukes Meridian Medical Center. Post Miranda Colt admitted to using methamphetamine and Xanax.

A driver's check revealed Colt was convicted of a prior DUI in Ada County, ID in 2016. Officers located a loaded HK P30 .40 caliber (Serial #219-011707) in the locked glovebox of Colt's Challenger. Colt is a prohibited possessor of firearms due to several previous felony convictions.

I transported Colt to the Ada County Jail where he was booked on driving under the influence-second offense, possession of a controlled substance-methamphetamine, possession of a controlled substance without a valid prescription-Alprazolam, possession of drug paraphernalia, resisting and obstructing officers, misdemeanor battery on a law enforcement officer, and felon in possession of a firearm.

I used a TruNarc to test the suspected methamphetamine. It tested presumptive positive. Using a pill identifier, I determined the white pills to be 2mg Alprazolam (also known as Zanax-a schedule IV drug). I entered 24.7 grams net weight of methamphetamine, 25 pills of Alprazolam, both original bags which contained the drugs, and one vial of Colt's blood into evidence at the Meridian Police Department.

**DUI NOTES**

| | | | Standardized Field Sobriety Test - Meets Decision Points? | | | |
|---|---|---|---|---|---|---|
| Odor of alcoholic beverage | ☐ Yes | ☑ No | Gaze Nystagmus | ☑ Yes | ☐ No |
| Admitted drinking alcoholic beverage | ☐ Yes | ☑ No | Walk and Turn | ☑ Yes | ☐ No |
| Slurred Speech | ☐ Yes | ☑ No | One Leg Stand | ☑ Yes | ☐ No |
| Impaired Memory | ☐ Yes | ☑ No | Crash Involved | ☐ Yes | ☑ No |
| Glassy/Bloodshot eyes | ☐ Yes | ☑ No | Injury | ☐ Yes | ☑ No |

Other: **unsteady on his feet, dilated pupils, lethargic**

Drugs Suspected ☑ Yes ☐ No     Drug Recognition Evaluation performed ☐ Yes ☑ No

Urine Collected ☐ Yes ☑ No     Blood Collected ☑ Yes ☐ No

Reason drugs are suspected **methamphetamine, Alprazolam**

Prior to being offered the test, the defendant was substantially informed of the consequences of refusal and failure of the test as required by Section 18-8002 and 18-8002A, Idaho Code. **MERIDIAN DEFS 00023**

Defendant was tested for alcohol concentration, drugs or other intoxicating substances. The test(s) was/were peformed in compliance with Sections 18-8003 and 18-8004(4), Idaho Code and the standards and methods adopted by the Idaho State Police.

Breath BrAC    **insuf/insuf/.000**    by: LifeLoc FC-20    Other    _____

Name of person administering the breath test  **Ofc. D. Heida**    Date certification expires:  **02/06/2025**

☐ Defendant refused the test as follows:    _____

MERIDIAN DEFS 00024

I, Heida, Donald, the undersigned declare and state:

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be ti code 9-1406 that the information contained in this document and attached reports and documents that may be included herein is true and correct to the best of my information and belief."**

Dated:    **05/16/2023**                    Signed:

MERIDIAN DEFS 00025

**MPD1066400703**

DR#: 2023-3128

# MERIDIAN POLICE DEPARTMENT
# IDAHO UNIFORM CITATION

In the court designated below the undersigned certifies that he/she has just and reasonable grounds to believe that on: **05/16/2023 18:12 PM**

IN THE DISTRICT COURT OF THE **4TH** JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF **ADA**

## STATE OF IDAHO
### vs.

## VIOLATOR

| | | |
|---|---|---|
| Last Name: **SEWARD** | MI: | **J** |
| First Name: **COLT** | DOB: | **01/02/1992** |
| Hm. Address: **10702 W CRUSER DR** | Phone: | **(208) 747-7068** |
| City/State/Zip: **BOISE, ID 83709** | Class: | **D** |
| Height: **5' 11"**  Weight: **197 lbs.** Sex: **M** | Eyes: **BLUE** | Hair: **BLOND** |
| DL#: **ZF350770C**  DL State: **ID** | Lic. Expires: | **01/02/2025** |

## REGISTRATION

| | | |
|---|---|---|
| Yr. Veh: **2012**  Plate#: **S3WARD** | State: | **ID** |
| Make: **DODGE**  Model: **CHALLENGER** | | |
| Color: **BLACK**  Style: **2DR** | | |
| VIN: **2C3CDYBT2EH101586** | | |
| IPUC: | USDOT TK Cencus: | |
| Hazmat: ☐ | GVWR 26001+: ☐ | 16+ Persons: ☐ |

## LOCATION

Upon a Public Street or Highway or Other Location Namely:
**N Ten Mile RD / W USTICK RD; MERIDIAN, ID  83646**

## VIOLATIONS

Did unlawfully commit the following offense(s), in violation of State or Local Statute:
Infraction Citation: ☐   Misdemeanor Citation: ☑   Accident: ☐
Date/Time: **05/16/2023 18:12 PM**

Violation #1: **18-705 - ARRESTS & SEIZURES-RESISTING OR OBSTRUCTING OFFICERS**

Violation #2: **18-915 - ASSAULT OR BATTERY UPON CERTAIN PERSONNEL**

Violation #3: **37-2732(c)(3) - CONTROLLED SUBSTANCE-POSSESSION OF PRESCRIPTION DRUG NOT DIRECTLY OBTAINED WITH A VALID PRESCRIPTION**

Violation #4: **18-8004(1)(a) - DRIVING UNDER THE INFLUENCE-(SECOND OFFENSES)**

Violation #5: **37-2734A(1) - DRUG PARAPHERNALIA-USE OR POSSESS WITH INTENT TO USE**

## COURT INFORMATION

THE STATE OF IDAHO TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned to appear before the Clerk of the Magistrate's Court of the District Court of ADA County,   **Boise, Idaho** located at   **200 W. Front Street**

## CITATION SERVICE

I hereby certify service upon the defendant personally on   **05/16/2023**

Signature of Officer: *[signature]*

Officer Name: **D. HEIDA**   Officer ID: **10664**
Agency Name:   **MERIDIAN POLICE DEPARTMENT**

---

**READ CAREFULLY**

This is a MISDEMEANOR charge in which:

Note:  If you fail to appear within the time allowed for your appearance, another charge of failure to appear may be filed and a warrant may be issued for your arrest.

1. You may be represented by a lawyer, which will be at your expense unless the judge finds you are indigent.

2. You are entitled to a trial by jury if requested by you.

3. PLEA OF NOT GUILTY: You may plead not guilty to the charge by appearing before the clerk of the court or the judge, within the time allowed for your appearance, at which time you will be given a trial date.

4. PLEA OF GUILTY: You may plead guilty to the charge by going to the clerk of the court, within the time allowed for your appearance, at which time you will be told if you can pay a fixed fine or whether it will be necessary for you to appear before the judge; OR you may have the fine determined by a judge at a time arranged with the clerk of the court, within the time allowed for your appearance.

6. You may call the clerk of the court to determine if you can sign a plea of guilty and pay the fine and costs by mail or over the Internet by going to  https://mycourts.idaho.gov.

I plead guilty to the charges. _____
Defendant (if authorized by the Clerk of the Magistrate's Court)

**IF this is a citation for failure to have insurance:**

If you provide valid proof of insurance to the court, your citation will be dismissed. If you admit the charge or are found to have committed the charge, upon notice from the department, your driver's license will be suspended until you provide proof of insurance to the Idaho Transportation Department's Division of Motor Vehicles and pay a reinstatement fee. (Fee may be paid at: Idaho.gov/)

**\* ALWAYS BRING THIS COPY OF THE CITATION TO ALL COURT APPEARANCES \***

**MERIDIAN DEFS 00026**

1066400703

# MERIDIAN POLICE DEPARTMENT
# IDAHO UNIFORM CITATION NOTES

**Has Video** ☑   **Has PPI** ☑

| **Visibility** | **Road Surface** | **Road Type** | **Area** | **Occupants** | **DBC** |
|---|---|---|---|---|---|
| ☐ Day | ☐ Asphalt | ☐ 2 Lane | ☐ Business | ☐ Driver | DBC_speed: |
| ☐ Night | ☐ Concrete | ☐ 3 Lane | ☐ Residential | ☐ Left Rear | DBC_time: |
| ☐ Clear | ☐ Dirt | ☐ 4 Lane | ☐ Industrial | ☐ Middle Front | Vehicle_1_dist: |
| ☐ Cloudy | ☐ Gravel | ☐ Divided | ☐ School Zone | ☐ Middle Rear | Vehicle_2_dist: |
| ☐ Rain | ☐ Dry | ☐ 1 Way | ☐ Rural | ☐ Right Front | DBC_dist: |
| ☐ Fog | ☐ Wet | ☐ Other: | ☐ Construction: | ☐ Right Rear | Offset: |
| ☐ Snow | ☐ Ice | | | ☐ | Veh_1_speed: |
| ☐ Dusk/Dawn | ☐ Other: | | | | veh_2_speed: |

**How Ident.:**   Driver's License

*Def observed _____ bound on _____ at an estimated speed of _____ MPH
approaching _____. Signal turned red when Def. was _____ ft. from the stop line/cross walk.
*Def failed to stop for the stop sign posted on the _____ corner. Def. passed the stop sign at an estimated speed of
_____ MPH.

**Radar #/Laser #**                                        **Patrol Unit #**

*Def observed _____ bound on _____ at an estimated speed of _____ MPH posted _____ per hour zone.
*Paced for _____ (Dist. Traveled) at an interval of _____ ft.
Radar / Laser displayed _____ MPH at _____ ft. ○ Stationary    ○ Mobile
Addtl. speed readings: _____ Other vehicles on road? _____

**Unit Location**

**Notes:**

MERIDIAN DEFS 00027

DR# 2023-312

ITD 3814  (Rev. 1-20)
Supply # 019680909

**Notice of Suspension** for Failure of Evidentiary Testing
(Advisory for Sections 18-8002 and 18-8002A, Idaho Code)

DR# 23-3128

**Issued To:**

| Last Name | First | Middle | Date of Birth | County of Arrest | Date of Arrest | Time of Arrest |
|---|---|---|---|---|---|---|
| Seward | CoH James | | 1/2/1992 | Ada | 5/16/23 | 1731 |

Mailing Address: 10702 W Cruser Dr.

Driver's License Number: ZF3507706

State: ID    License Class: D

| City | State | Zip |
|---|---|---|
| Boise | ID | 83709 |

Citation #: 1066400703

Operating CMV?  ☐ Yes  ☒ No
Transporting Hazmat?  ☐ Yes  ☒ No

1. I have reasonable grounds to believe that you were driving or were in actual physical control of a motor vehicle while under the influence of alcohol, drugs, or other intoxicating substances. You are required by law to take one or more evidentiary test(s) to determine the concentration of alcohol or the presence of drugs or other intoxicating substances in your body. After submitting to the test(s) you may, when practicable, at your own expense, have additional test(s) made by a person of your own choosing. You do not have the right to talk to a lawyer before taking any evidentiary test(s) to determine the alcohol concentration or presence of drugs or other intoxicating substances in your body.

2. If you refuse to take or fail to complete any of the offered tests pursuant to Section 18-8002, Idaho Code:
A. You are subject to a civil penalty of two hundred fifty dollars ($250).
B. You are subject to mandatory installation of a state approved ignition interlock system, at your expense, on all motor vehicles you operate for a period to end one (1) year following the end of the suspension period.
C. You have the right to submit a written request within seven (7) days to the Magistrate Court of _____ Ada _____ County for a hearing to show cause why you refused to submit to or failed to complete and pass evidentiary testing and why your driver's license should not be suspended.
D. If you do not request a hearing or do not prevail at the hearing, the court will sustain the civil penalty and your license will be suspended with no driving privileges for one (1) year if this is your first refusal; and two (2) years if this is your second refusal within ten (10) years. Additionally you will be subject to the mandatory installation of a state approved ignition interlock system, at your expense, on all motor vehicles you operate for a period of one (1) year following the end of the suspension period. (Unless you meet the provisions of paragraph 4 below).

3. If you take and fail to pass the evidentiary test(s) pursuant to Section 18-8002A, Idaho Code:
A. I will serve you with this NOTICE OF SUSPENSION and you will be required to install, at your own expense, a state approved ignition interlock system on all motor vehicles you operate for a period to end one (1) year following the end of the suspension period.
B. You have the right to an administrative hearing on the suspension before the Idaho Transportation Department to show cause why you failed the evidentiary test and why your driver's license should not be suspended. The request must be made in writing and received by the department within seven (7) days from the Date of Service on this NOTICE OF SUSPENSION. You also have the right to judicial review of the Hearing Officer's decision.
C. If you complete evidentiary testing and fail to pass the testing and do not request a hearing before the department or do not prevail at the hearing, your driver's license or driving privileges will be suspended and you will be required to install, at your own expense, a state approved ignition interlock system on all motor vehicles you operate for a period to end one (1) year following the end of the suspension period. Your driver's license will be suspended for ninety (90) days if this is your first failure of evidentiary testing, but you may request restricted non-commercial driving privileges after the first thirty (30) days. The suspension will be for one (1) year if this is your second or more failure of evidentiary testing within five (5) years. You will not be able to obtain a temporary restricted license during this period. (Unless you meet the provisions of paragraph 4 below.)
4. If you are admitted to a problem solving court program and have served at least forty-five (45) days of an absolute suspension of driving privileges or are admitted to a diversion program under section 19-3509, Idaho Code, you may be eligible for a restricted permit for non-commercial driving privileges for the purpose of getting to and from work, school, or an alcohol treatment program, but only if a state approved ignition interlock system has been installed on all vehicles operated by you.

**NOTICE OF SUSPENSION** If you have failed the evidentiary test(s), your driving privileges are hereby suspended per #3 above, commencing thirty (30) days from the date of service on this notice. If a blood or urine test was administered, the department may serve a *Notice of Suspension* upon receipt of the test results.

**Date of Service:**

*This Suspension for Failure or Refusal of the Evidentiary Test(s) is separate from any other Suspension ordered by the Court. Please refer to the back of this Suspension Notice for more information.*

Signature of Reporting Officer: Donald Heida

| Print Name and I.D. Number of Reporting Officer | Agency Code | Telephone Number |
|---|---|---|
| Donald Heida  1064 | 0104 | 208 888 6678 |

Failure:  ☐ Breath  ☒ Urine/Blood  ☐ Refusal

White Copy - If failure - to ITD; if refusal - to Court      Yellow Copy - to Law Enforcement      Pink Copy - to Court      Goldenrod Copy - to Driver

**YELLOW COPY**

MERIDIAN DEFS 00028

```
------------------------------
  Lifeloc Technologies, Inc.
  Sequence          v8.7.21
  Serial No.       19380022
  Units:               BrAC
------------------------------

Event No.:                402
Date:              05/16/2023

#  Type            Time   Result
1) Air Blank       18:22    .000
2) Auto Test       18:24  Insuf.
                   Flow   0.000
3) Air Blank       18:26    .000
4) Auto Test       18:26  Insuf.
                   Flow   0.000
5) Air Blank       18:28    .000
6) Auto Test       18:28    .000
```

_____
Colt Seward
          Subject


_____
D. Heida
          Operator

MERIDIAN DEFS 00029

DR# 2023-312



# Meridian Police Department
# Vehicle Tow and Storage Report

| | | | COURTESY TOW |
|---|---|---|---|
| | | | ☐ YES  ☒ NO |

| DR NUMBER | DATE OF TOWING | TIME OF TOWING |
|---|---|---|
| 23-3128 | 5/16/23 | 1813 |

| OFFICER | ADA | RD | LOCATION TOWED FROM |
|---|---|---|---|
| S. MCDONALD | 3536 | 729 | N. TEN MILE RD. / W. USTICK RD |

**AUTHORITY AND/OR PURPOSE OF IMPOUND**

☐ ABANDONED
☒ ARREST
☐ EXTRAORDINARY CIRCUMSTANCE
☐ OTHER (SPECIFY)_____

| IDENTIFICATION NUMBER (VIN) MUST PHOTOGRAPH (OFFICER DIRECTED TOWS ONLY) |
|---|
| 2C3CDYGTZEH101586 |

| TOW COMPANY NAME | TOW PHONE # |
|---|---|
| WTF TOWING | 888-5795 |

| TOW COMPANY ADDRESS | TOW DRIVE NAME (PRINTED) |
|---|---|
| 2650 S Cole Rd | Shirley M |

| LICENSE PLATE | STATE | ADDRESS WHERE VEHICLE IS STORED (IF DIFFERENT) | DAILY STORAGE RATE |
|---|---|---|---|
| S3WARD | ID | Sams | 40.00 |

| COLOR | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|
| BLK | 2014 | DODGE | CHALLENGER | CP |

| ODOMETER | REGISTRATION EXPIRATION DATE | MOTORCYCLE-ENGINE NUMBER |
|---|---|---|
| 101687 | 4/30/23 | |

| REGISTERED OWNER | ADDRESS |
|---|---|
| COLT SEWARD | 10702 W. CLUBER Dr. BOISE, ID 83709 |

| LIENHOLDER | ADDRESS |
|---|---|
| | |

| TITLED OWNER | ADDRESS |
|---|---|
| | |

| INVENTORY: | TRANSMISSION: | VALUE: | DRIVABLE | TOW DRIVER NAME (SIGNATURE) |
|---|---|---|---|---|
| ☒ TRUNK  ☒ GLOVE COMPARTMENT | ☐ AUTOMATIC  ☒ MANUAL | ☐ UNDER $750  ☒ OVER $750 | ☒ YES  ☐ NO  ☐ UNKNOWN | |

***ALL VEHICLES / VINS MUST BE PHOTOGRAPHED***

**ITEMS OF VALUE IN VEHICLE:**

DAKOTA DIGITAL DRS
NICE TOOLS
old radio
HK P30 Firearm
TOOLS
CLOTHING    TRUNK

**CODE ENFORCEMENT NOTES:**

| | |
|---|---|
| CODE OFFICER ASSIGNED_____ ADA_____ DATE:_____ | |
| TOW COMPANY EMPLOYEE_____ DATE:_____ | |
| NOTIFICATION FORMS SENT DATE: _____ RTO? ☐ YES ☐ NO | |
| 20 DAY TIME LIMIT DATE: _____ | |
| RELEASE OF INTEREST RECEIVED ☐ YES ☐ NO DATE: _____ | |
| DECLARATION OF OPPOSITION RECEIVED ☐ YES ☐ NO DATE: _____ | |
| COURT FILING COPY FOR DEC. OF OPP. ☐ YES ☐ NO DATE: _____ | |

**FINAL DISPOSITION**

VEHICLE RETURNED TO OWNER ☐ YES ☐ NO DATE: _____
VIN PHOTOGRAPHED ☒ YES ☐ NO DATE:_____
APPRAISED VALUE OF VEHICLE $_____
TOW / STORAGE FEES $_____
FINAL VALUE OF VEHICLE $_____
CERTIFICATE OF SALE DATE ISSUED_____
AUCTION: ☐ YES ☐ NO AUCTION VALUE:_____

MERIDIAN DEFS 00030

| Revised Date: 4-30-18 | | |
|---|---|---|
| Distribution: | Original - Code Enforcement | Yellow - Vehicle Driver    Pink - Tow Company |

DR# 2023-312



# Meridian Police Department
# Vehicle Tow and Storage Report

**COURTESY TOW**
☐ YES
☒ NO

| DR NUMBER | DATE OF TOWING | TIME OF TOWING |
|---|---|---|
| 23-3128 | 5/10/23 | 1813 |

| OFFICER | ADA | RD | LOCATION TOWED FROM |
|---|---|---|---|
| S. MCDONALD | 3536 | 729 | N. TEN MILE RD. / W. USTICK RD |

**AUTHORITY AND/OR PURPOSE OF IMPOUND**
☐ ABANDONED
☒ ARREST
☐ EXTRAORDINARY CIRCUMSTANCE
☐ OTHER (SPECIFY)_____

**IDENTIFICATION NUMBER (VIN) MUST PHOTOGRAPH (OFFICER DIRECTED TOWS ONLY)**
2C3CDYBTZEH101586

| TOW COMPANY NAME | TOW PHONE # |
|---|---|
| WTF TOWING | 888-5195 |

| TOW COMPANY ADDRESS | TOW DRIVE NAME (PRINTED) |
|---|---|
| 2680 S Cole Rd | Shirley M |

| LICENSE PLATE | STATE | ADDRESS WHERE VEHICLE IS STORED (IF DIFFERENT) | DAILY STORAGE RATE |
|---|---|---|---|
| S3WARD | ID | Same | 40.00 |

| COLOR | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|
| BLK | 2014 | DODGE | CHALLENGER | CP |

| ODOMETER | REGISTRATION EXPIRATION DATE | MOTORCYCLE-ENGINE NUMBER |
|---|---|---|
| 101687 | 4/30/23 | |

| REGISTERED OWNER | ADDRESS |
|---|---|
| COLT SEWARD | 10702 W. CLUSER Dr. BOISE, ID 83709 |

| LIENHOLDER | ADDRESS |
|---|---|
| | |

| TITLED OWNER | ADDRESS |
|---|---|
| | |

**INVENTORY:**
☒ TRUNK
☒ GLOVE COMPARTMENT

**TRANSMISSION:**
☐ AUTOMATIC
☒ MANUAL

**VALUE:**
☐ UNDER $750
☒ OVER $750

**DRIVABLE**
☒ YES  ☐ NO
☐ UNKNOWN

**TOW DRIVER NAME (SIGNATURE)**

***ALL VEHICLES / VINS MUST BE PHOTOGRAPHED***

**ITEMS OF VALUE IN VEHICLE:**
DAKOTA DIGOLULARS
rifle Tools
old radio
HK P30 Firearm
Tools
CLOTHING — TRUNK

**CODE ENFORCEMENT NOTES:**

CODE OFFICER ASSIGNED_____ ADA_____ DATE:_____

TOW COMPANY EMPLOYEE_____DATE:_____

NOTIFICATION FORMS SENT  DATE: _____ RTO? ☐ YES ☐ NO

20 DAY TIME LIMIT  DATE: _____

RELEASE OF INTEREST RECEIVED ☐ YES ☐ NO DATE: _____

DECLARATION OF OPPOSITION RECEIVED ☐ YES ☐ NO DATE: _____

COURT FILING COPY FOR DEC. OF OPP. ☐ YES ☐ NO DATE: _____

**FINAL DISPOSITION**

VEHICLE RETURNED TO OWNER ☐ YES ☐ NO DATE: _____

VIN PHOTOGRAPHED ☒ YES ☐ NO DATE:_____

APPRAISED VALUE OF VEHICLE  $_____

TOW / STORAGE FEES  $_____

FINAL VALUE OF VEHICLE  $_____

CERTIFICATE OF SALE DATE ISSUED_____

AUCTION: ☐ YES ☐ NO  AUCTION VALUE: **MERIDIAN DEFS 00031**

| Revised Date: 4-30-18 | | | |
|---|---|---|---|
| Distribution: | Original - Code Enforcement | Yellow - Vehicle Driver | Pink - Tow Company |

DR# 2023-312

```
Received Time:        07:59:31 05-17-23      Source ORI:        IDDMV0000
Summary:              RQ: VIN=2C3CDYBT2EH101586
View Message Details
...TXT
Query Data:
VIN: 2C3CDYBT2EH101586
Plate Number: S3WARD (Category:Standard)
Plate Type: PC
Registration Type: Non_Commercial
Effective Date: 2021-04-12
Expiration Date: 2023-04-30
Status: Expired_Inactive
Registered Party: COLT JAMES SEWARD
Address: 10702 W CRUSER DR  BOISE, ID 83709-0209
USA
DOB: 1992-01-02
Driver License: ZF350770C
Registered Owner: APPLICANT IS COLT JAMES SEWARD
Gross Weight Measure: 0 (Units: )
VIN: 2C3CDYBT2EH101586 (VIN Type:PC)
Make: DODGE
Model: CHALLENGER
Year: 2014
Style: CP
Color (Primary): BLACK
Title Data:
Title ID: 210268946
Title Issue Date: 2022-06-24
Title Status: Issued_Active
Title Holder: SEWARD,COLT JAMES
Title Holder Address: 10702 W CRUSER DR  BOISE, ID 83709-0209
USA
Insurance Carrier: Allstate Fire and Casualty Insurance Company
Insurance Policy ID: 000000817848163 (Status:Active_Active)
Insurance Effective: 2023-05-12
Lien Data: Lien Holder (Organization): EAST IDAHO CREDIT UNION
Address: 865 S WOODRUFF AVE  IDAHO FALLS, ID 83401-5296
USA
Primary Contact Address: PO BOX 1865  IDAHO FALLS, ID 83403-1865
USA
Lien Date: 2021-04-26




MRI 3701107 IN: DMVWS 5995 AT 2023-05-17 07:59:31
OUT: PMERRC04 18 AT 2023-05-17 07:59:31
```

**MERIDIAN DEFS 00032**

| In Custody | Defendant Last Name | Defendant First Name | Defendant Middle Name | Alias Name | Gender | DOB | Age | Next Court Date | Last Booking Date | Final Release Date | Jail Person ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Seward | Colt | James | Colt Seward | Male | 1/2/1992 | 31 | 11/14/2017 03:00 PM | 05/16/2023 10:22 PM | | 01020462 |

Alerts    Aliases    Arrest History    Bookings    Contact Information    Financial    Incidents    Mugshots    Numeric Identification    Relationship Contacts    Scars, Marks, Tattoos    Warrants

IPRAI

## Alerts

There is no information to display

### Seward Colt James

**Phone**
2087477086

| **Address 1** | **Address 2** |
|---|---|
| 10702 W Cruser Dr | |

| **City** | **State** | **Zip** |
|---|---|---|
| Boise | ID | 83705 |

| **DOB** | **Age** | **Gender** | **Race** |
|---|---|---|---|
| 01/02/1992 | 31 | Male | White |

| **Height** | **Weight** | **Eyes** | **Hair** |
|---|---|---|---|
| 5' 11" | 190 | BLU | BLN |

MERIDIAN DEFS 00033

DR# 2023-31

ITD 3009  (Rev. 07-16)
itd.idaho.gov

DR# 2023-31?

# Notice Of Storage And
# Notice Of Intent To Dispose Of A Vehicle

The vehicle described below was identified and removed pursuant to Section 49-1803,49-1803A, or 49-1804, Idaho Code.

**The Vehicle Value Is**   ☐ $750.00 or Less   ☒ Over $750.00

| Vehicle Identification Number (VIN) | | Odometer Reading | License Number | Licensing State |
|---|---|---|---|---|
| 2C3CDYBT2EH101586 | | 101687 | S3WARD | ID |

| Vehicle Year | Make | Model | Impound Date | Time | Location Vehicle Towed From |
|---|---|---|---|---|---|
| 2014 | DODGE | CHALLENGER | 05/16/2023 | 1813 ☐ a.m. ☒ p.m. | N TEN MILE RD / W USTICK RD |

**Reason for Tow**
☐ Accident   ☒ Driver Arrest   ☐ Abandoned   ☐ Other (explain)

| Registered Owner(s) of Record | Address | City | State | Zip |
|---|---|---|---|---|
| COLT SEWARD | 10702 W CRUSER DR | BOISE | ID | 83709 |

| Lienholder of Record | Address | City | State | Zip |
|---|---|---|---|---|
| EAST IDAHO CREDIT UNION | PO BOX 1865 | IDAHO FALLS | ID | 83403 |

| Other Parties With an Interest in the Vehicle | Address | City | State | Zip |
|---|---|---|---|---|
| | | | | |

| Tow Company Name | Address | City | State | Zip |
|---|---|---|---|---|
| WTF TOWING | 2650 S COLE RD | BOISE | ID | 83709 |

| Telephone Number | Storage Location (if different than tow company address) |
|---|---|
| 208-949-0430 | 2350 E STAR LN, MERIDIAN ID 83646 |

| Printed Name of Tow Truck Operator Taking Receipt of Vehicle and Contents | Tow Truck Operator's Signature | Date |
|---|---|---|
| SEE ORIGINAL REPORT | x *See Original Report* | |

**Amount of Possessory Lien**
☒ Towing  *All Necessary Tow and Storage Fees* ........................ $ _____
☒ Storage* as of _____ ; _____ Days @ $ _____ per day ......... $ _____
☐ Other Charges (specify) _____ ... $ _____
*Storage may continue to accrue at the rate specified.        **Total** $ _____

| Law Enforcement Agency Directing Tow | Officer Who Directed Tow | Badge Number |
|---|---|---|
| MERIDIAN POLICE DEPARTMENT | MCDONALD | 3536 |

| Address | City | State | Zip |
|---|---|---|---|
| 1401 E WATERTOWER ST | MERIDIAN | ID | 83646 |

| Contact Person | Telephone Number | Case/Report Number |
|---|---|---|
| L. OOI | 208-846-7335 | 23-3128 |

I certify under penalty of perjury that the above facts are true and correct to the best of my knowledge.

Signing Entity:   ☒ Law Enforcement Agency   ☐ Tow Company (if authorized by law enforcement agency)

| Authorized Person's Name (Printed) | Authorized Person's Signature | Date |
|---|---|---|
| K. SPRAGUE | X | 05/17/2023 |

Unless your vehicle was impounded for investigation, you may contact the tow company and claim your vehicle any time prior to the disposition by proving you are the owner or lienholder and paying all accrued charges.

You have the right, under the authority of Section 49-1805, Idaho Code, to request a Post-Storage Hearing to determine if there was probable cause for the towing and storage of the vehicle.  Any such hearing shall be conducted within forty-eight (48) hours of your request (excluding weekends and holidays).  The law enforcement agency may authorize its own officer or employee to conduct the post-storage hearing.  The hearing officer cannot be the same person who directed the towing and storage of the vehicle.

**To receive a Post-Storage Hearing, you or your agent must make the request to the law enforcement agency in writing within ten (10) days of the mail date of this notice.**

If the vehicle value "$750.00 or Less" box is checked above, you have a right to a court hearing.  If you want a court hearing, you must file an action with the appropriate court and cause the tow company to be served with the summons and complaint.  A copy of the summons and complaint should also be sent to the law enforcement agency.  You must also sign a *Declaration of Opposition*, ITD 3008 (enclosed), under penalty of perjury, and return copies to the law enforcement agency or tow company within 10 days of the mail date of this notice.  If you file for a court hearing, you may be liable for court costs if a judgment is entered in favor of the possessory lienholder. If a *Declaration of Opposition* is not returned within the specified time, the vehicle may be disposed of.  However, you may continue to be responsible for towing, storage, and any other charges accrued against this vehicle if they exceed the monies received from the vehicle's disposition.

MERIDIAN DEFS 00034

Distribution: Original (White)-Owner of Record    Copy (Yellow)-Lienholder of Record    Copy (Pink)-Law Enforcement Agency/Tow Company

DR# 2023-312

MERIDIAN DEFS 00035

# Release of Interest
## - OR -
# Declaration of Opposition



## Release of Interest

**If you agree to release interest in this vehicle, sign in the section below. If you have the title to this vehicle, sign the title off and return it with this form.**

| Vehicle Identification Number | | | |
|---|---|---|---|
| 2C3CDYBT2EH101586 | | | |

| Year | Make | Body Type | Model |
|---|---|---|---|
| 2014 | DODGE | CP | CHALLENGER |

| License Number | Licensing State | | |
|---|---|---|---|
| S3WARD | ID | | |

**I hereby waive the right to contest the claim and release all interest in this vehicle.** If I am the registered owner, I recognize that I may continue to be responsible for towing, storage, and any other charges accrued against this vehicle if they exceed the monies received from the vehicle's disposition.

| Printed Name | Signature | Date |
|---|---|---|
| | X | |

## ● ● ● Stop Here if You Have Completed the Release of Interest ● ● ●

## Declaration of Opposition

Pursuant to Section 49-1815, Idaho Code, you, as the owner or lienholder of record, may complete this section if you contest the claim against the vehicle described above and oppose the sale or disposition of the vehicle.

### - Important Notice -

1. To contest the claim, you must complete this section and return this form to the law enforcement agency and tow company within ten (10) days of the mail date of the *Notice of Storage and Notice of Intent to Dispose of a Vehicle* (ITD 3009). **If this form is not returned within ten (10) days, the vehicle may be disposed of.**

2. You have fifteen (15) working days from the date you complete this section and return this form to (a) file an action with the appropriate court to cause the tow company to be served with a summons and complaint, and (b) provide the law enforcement agency that directed the tow (if applicable) with a copy of the summons and complaint. This action will stop the disposal of the vehicle, pending a decision by the court.

3. You may be liable for court costs if a judgment is entered in favor of the possessory lienholder.

4. You may, at any time before the vehicle is disposed of, pay the amount of the possessory lien and reclaim the vehicle, if the vehicle was not impounded pursuant to an investigation.

5. You may, at any time after signing this form, sign a release of interest statement allowing disposal of the vehicle. However, you may continue to be responsible for towing, storage, and other charges accrued against this vehicle if they exceed monies received from the vehicle's disposition.

6. If you sign this *Declaration of Opposition*, send the white original to the law enforcement agency listed on the *Notice of Storage and Notice of Intent to Dispose of a Vehicle* (ITD 3009), send the yellow copy to the tow company, and keep the pink copy for your files.

**I, the undersigned, under penalty of perjury, do hereby oppose any action relating to the disposition of the low-valued vehicle described above.**

| Printed Name | Signature | Date |
|---|---|---|
| | X | |

| Company Name if Representing a Business or Company | | Phone | |
|---|---|---|---|
| | | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

## Note For Law Enforcement Agencies and Tow Companies

A blank copy of this form must be sent to the registered owner and lienholder of any vehicle removed by the authority granted under Sections 49-1803 or 49-1804, Idaho Code.

Distribution:  White – Law Enforcement        Yellow – Tow Company        Pink – Owner or Lienholder of Record

DR# 2023-312

## IDAHO STATE POLICE FORENSIC SERVICES

700 South Stratford Drive, Ste 125
Meridian, ID 83642-6202
Phone: (208) 884-7170
Fax: (208) 884-7197

### FORENSIC CONTROLLED SUBSTANCE ANALYSIS REPORT

| Case Agency(s): **MERIDIAN POLICE DEPARTMENT** | Agency Case No(s).: **23-3128** | Laboratory Case No.: **M2023-2148** |
|---|---|---|
| Date(s) of Offense: **05/16/2023** | Investigating Officer(s): **Donald Heida** | Report No.: **1** |
| Date Evidence Accepted: **05/18/2023** | Analyst: **Katherine (Katie) Martin** | |
| Case Name(s): **Suspect - COLT JAMES SEWARD** | | |

| Lab Item # | Agency Exhibit | Description | Conclusions and Interpretations |
|---|---|---|---|
| 1 | 006 | 24.49g crystalline material | Methamphetamine (CII) |
| 2 | 007 | Not opened | Not analyzed |

### DISPOSITION OF EVIDENCE:

All items will be returned to the submitting agency.

### REMARKS:
**The descriptions, conclusions and interpretations stated above apply to the sample(s) as received.**

**I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.**

*Katie Martin*

**Katherine (Katie) Martin / Forensic Scientist**
**Issue Date: 05/26/2023**

Page **1** of **2**

MERIDIAN DEFS 00037

DR# 2023-31,

| Laboratory Case Number: **M2023-2148** | Report No.: **1** |

# Idaho State Police
## Drug Restitution

### *THIS IS NOT AN INVOICE*
*This is a request for restitution that may be granted by the court. If you are the subject associated with this report, this is not a bill, we are merely requesting that the court assign restitution if they deem it is appropriate.*

As provided in Idaho Code 37-2732(k), the Idaho State Police requests restitution from the defendant, **COLT JAMES SEWARD** in the amount of **$97** in association with Laboratory Case No. **M2023-2148**. This amount is based upon the testing of the sample(s) submitted to this laboratory. The amount requested reflects a portion of the cost incurred to the laboratory during the analysis of drug evidence.

| Test | Cost |
|---|---|
| Controlled Substance Analysis (1 sample(s) @ $97 ea.) | $97 |

Please present this restitution request form and a copy of the laboratory report to the court at the time of sentencing.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

*Katie Martin*

Katherine (Katie) Martin / Forensic Scientist

Please make checks payable to:       Forensic Services
                                     700 South Stratford
                                     Meridian, Idaho 83642-6202
*(**Notice to subject of this report** – restitution is paid through the court and they, in turn, will direct payment to Idaho State Police. Personal checks or money orders received by Idaho State Police will be returned.)*

Thank you for your cooperation in this matter.

If you have any questions about the restitution, please contact:
  Rylene Nowlin (Meridian Laboratory Manager)

MERIDIAN DEFS 00038



**DR# 2023-312**

## Idaho State Police Forensic Services

# Evidence Transfer Receipt

Print Date: 06/01/2023 11:35

| | |
|---|---|
| **Transferred By:** | Mickey Hall |
| **Transferred Date / Time:** | 6/1/2023   11:34.52 |
| **Transferred To:** | Courier   RELEASED TO SUBMITTING AGENCY VIA AGENCY COURIER |

## Items Transfered

| Agency Case # | Lab Item # | Agency Item # | Item Packing / Type | Item Description |
|---|---|---|---|---|
| | | | | Intake Seal Condition |
| **Lab Case #M2023-2147** | | | | |
| 23-3150 | 1 | 001 | Envelope CS General (powdr,cryst,tar,tabl,paraph) | (1) DOSAGE UNITS/ ITEMS (PIL) BAGGIE WI BLUE PILL - FENTANYL, (1) DOSAGE UNITS (PIL) FOIL WITH BLUE PILL - FENTANYL <br> Intake Seal Condition |
| **Lab Case #M2023-2148** | | | | |
| 23-3128 | 1 | 006 | Envelope CS General (powdr,cryst,tar,tabl,paraph) | (24.700) GRAM (NET) METHAMPHETAMINE METH/AMPHETAMINES <br> Intake Seal Condition |
| 23-3128 | 2 | 007 | Envelope CS Pharmaceutical Pills/Tablets | (25.000) DOSAGE UNITS/ ITEMS (PIL) ALPRAZOLAM PILLS - OTHER DEPRESSAN⁻ <br> Intake Seal Condition |
| **Lab Case #M2023-2149** | | | | |
| 23-3114 | 1 | 001 | Envelope CS Marijuana (plant material or paraph) | (3) DOSAGE UNITS/ ITEMS (TPW) THC VAPE (BLACK, GREEN AND BLUE) - MARIJUANA-EDIBLES ETC <br> Intake Seal Condition |
| **Lab Case #M2023-2150** | | | | |
| 23-3102 | 1 | 003 | Envelope CS Liquid/Wash (Controlled Sub Analysis) | (3) DOSAGE UNITS/ ITEMS (NET) 3 VAPE CARTRIDGES WITH CONCENTRATED CANN MARIJUANA, (15.5) GRAM (TPW) MARIJUAI MARIJUANA <br> Intake Seal Condition |

_Mickly Hall_
Signature

6/1/2023
Date

Returned To:

IF YOU RECEIVE THIS PACKAGE AND YOU ARE NOT THE INTENDED RECIPIENT PLEASE CONTACT ISP FORENSIC SERVICES IMMEDIATELY. THANK YOU.

MERIDIAN DEFS 00039

DR# 2023-312

# Idaho State Police Forensic Services
## Evidence Submission Receipt



Laboratory Case Number: __M2023-2148__

| | |
|---|---|
| Delivery Method: Agency Courier | Date Received: 5/18/23 |
| Delivered by: M Moeller | By: __Mickey Hall__ |
| Signature: | |

| Submitting Agency (Do not abbreviate) | Date of Offense | Agency Case Number |
|---|---|---|
| MERIDIAN POLICE DEPARTMENT | 5/16/2023 | 23-3128 |

| County of Offense | Charge | Court Date |
|---|---|---|
| Ada County | Possession of a Controlled Substance | |

| Investigating Officer | Phone Number | Email Address |
|---|---|---|
| Donald Heida | | dheida@meridiancity.org |

| Suspect ■ Victim ☐ Subject ☐ | SEWARD, COLT JAMES | 1/2/1992 |
|---|---|---|
| | Name    Last, First Middle | DOB |

Submission Number:    1

| Lab Item Number | Agency Exhibit Number | Agency Item Description | Resubmission | Type of Exam Requested |
|---|---|---|---|---|
| 1 | 001 | (24.700) GRAM (NET) METHAMPHETAMINE - METH/AMPHETAMINES | | Controlled Substance Analysis |
| 2 | 002 | (25.000) DOSAGE UNITS/ ITEMS (PIL) ALPRAZOLAM PILLS - OTHER DEPRESSANTS | | Controlled Substance Analysis |

Upon submission of evidence to an Idaho State Police Forensic Services (ISPFS) laboratory, the submitting agency agrees to the terms and condition established in the ISPFS Customer Agreement. The ISPFS Customer Agreement may be viewed/downloaded at:
http://www.isp.idaho.gov/forensics/index.html

MERIDIAN DEFS 00040

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: June 21, 2023

## FIREARMS TRACE SUMMARY

**Trace Number: T20230250396**      **Request Date: May 17, 2023**      **Completion Date: May 18, 2023**

MEAGN MOELLER
MERIDIAN POLICE DEPARTMENT
1401 E WATERTOWER
MERIDIAN, ID 83642
PHONE: (208) 846-7350 Ext:
FAX (208) 846-7366

**Badge No:**      3258
**Investigation No:**  23-3128

### FIREARM INFORMATION

**Manufacturer:** HECKLER AND KOCH
**Model:** P30
**Caliber:** 40
**Serial Number:** 219-011707
**Type:** PISTOL
**Country:** GERMANY
**Importer:** HK, HECKLER & KOCH INC. C..
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION      **Recovery Date:** 05/16/2023
**Time to Crime:** 3431 days

N TEN MILE RD
MERIDIAN, ID 83642
**Possessor:**  COLT JAMES SEWARD
**DOB:**      01/02/1992
**POB:**      UNITED STATES

### PURCHASER INFORMATION      Purchase Date: 12/23/2013

JOAN NMN PRIGGE
10712 W CRUSER DR
BOISE, ID 83709
   **DOB:**
   **POB:**
   **Race:**
   **Sex:**
   **ID 1:** :
   **ID 2:** :

Contact the local ATF office for additional information.

**Height:** ft  in
**Weight:** lbs

### DEALER INFORMATION      **FFL:** 98234519

BOISE GUN CO INC
4105 ADAMS ST
BOISE, ID 83714
**Phone:**     (208) 841-7108      **Ship-To-Date:**     03/27/2013
          Ext:

## ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. HOWEVER, THE FINAL FEDERAL FIREARMS LICENSEE (FFL) HAS ONLY PARTIAL DISPOSITION INFORMATION. THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.



## IDAHO STATE POLICE FORENSIC SERVICES

5255 S. 5th Avenue, Suite 2
Pocatello, ID 83204
Phone: (208) 239-9900
Fax: (208) 239-9887

## FORENSIC TOXICOLOGY REPORT

| Case Agency(s): **MERIDIAN POLICE DEPARTMENT** | Agency Case No(s).: **23-3128** | Laboratory Case No.: **M2023-2148** |
|---|---|---|
| Date(s) of Offense: **05/16/2023** | Investigating Officer(s): **Donald Heida** | Report No.: **2** |
| Date Evidence Accepted: **05/19/2023** | Analyst: **Tamara Salazar** | |
| Case Name(s): **Suspect - COLT JAMES SEWARD** | | |

### EVIDENCE DESCRIPTION:

Item 3: Sealed Blood Collection Kit: containing one gray top tube labeled "Seward, Colt J"

### CONCLUSIONS AND INTERPRETATIONS:

Item 3: Drugs confirmed:
Alprazolam 21.66 ng/mL
Amphetamine 88.18 ng/mL
Methamphetamine 488.75 ng/mL

### DISPOSITION OF EVIDENCE:

All items will be returned to the submitting agency.

### REMARKS:

**The descriptions, conclusions and interpretations stated above apply to the sample(s) as received.**

**I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.**

*Tamara Salazar / Forensic Scientist*
*Issue Date: 06/16/2023*

MERIDIAN DEFS 00042

| Laboratory Case Number: **M2023-2148** | Report No.: **2** |
| --- | --- |

## *Toxicology Report Supplement*

**ROUTINE DRUG SCREEN:**

A targeted LCMS-QQQ screen was performed on the sample for the following compounds:
6-MAM, 7-aminoclonazepam, 7-aminoflunitrazepam, 9-Hydroxyrisperidone, 10-Hydroxycarbamazepine, Acetyl Fentanyl, Acetyl Norfentanyl, a-hydroxyalprazolam, alpha-hydroxymidazolam, alpha-PHP, alpha-PVP, Alprazolam, Amitriptyline/Maprotiline, Amphetamine, Benzoylecgonine, Brompheniramine, Buprenorphine, Bupropion, Carbamazepine, Carisoprodol, Chlordiazepoxide, Chlorpheniramine, Chlorpromazine, Citalopram, Clomipramine, Clonazolam, Clonazepam, Clozapine, Cocaethylene, Cocaine, Codeine, Cyclobenzaprine, Desipramine, Dextromethorphan, Dextrorphan, Diazepam, Dihydrocodeine, Diphenhydramine, Doxepin, Doxylamine, Duloxetine, EDDP, Estazolam, Etizolam, Fentanyl, Flualprazolam, Flunitrazepam, Fluorofentanyl, Fluoxetine, Flurazepam, Hydrocodone, Hydromorphone, Hydroxyzine, Imipramine, Ketamine, Lamotrigine, Levamisole, Levetiracetam, Lorazepam, MDA, MDEA, MDMA, Meperidine, Meprobamate, Methocarbamol, Methadone, Methamphetamine, Methylphenidate, Metoprolol, Midazolam, Mirtazapine, Mitragynine, Morphine, Nordiazepam, Norfentanyl, Norhydrocodone, Norketamine, Normeperidine, Noroxycodone, Nortriptyline,  N, N-dimethyltryptamine(DMT),  O-desmethyl-tramadol, O-desmethylvenlafaxine, Olanzapine, Oxazepam, Oxycodone, Oxymorphone, Paroxetine, Phenazepam, Phentermine, Phencyclidine, Phenytoin, Primidone, Promethazine, Pseudoephedrine, Quetiapine, Risperidone, Sertraline, Sufentanil, Tapentadol, Temazepam, Topiramate, Tramadol, Trazodone, Venlafaxine, Zaleplon, Zolpidem, Zopiclone, THC, Hydroxy-THC and Carboxy-THC.

**UPON REQUEST:**

Alcohol / Inhalants (e.g. Toluene and Xylenes).

**COMMENTS:**

1. Drugs are confirmed using GC/MS or LC-MS/MS.

2. Only drugs and concentrations listed on the laboratory report itself are appropriate to be used for interpretation purposes. Any drugs or values included in the notes but not included on the report are used by laboratory personnel to make determinations/reach conclusions within the confines of the methods.

3. A negative finding for a specific drug does not necessarily indicate that the specific drug was not present; only that it was not confirmed during our analysis. This may be due to several reasons including: the drug was not present in the sample, the drug is not included in our testing panel, or the drug was present at a response level that is below our reporting limit.

4. ISP Forensic Services is currently unable to detect cannabimimetic substances and/or their metabolites in toxicology samples.   These substances are commonly known as "spice" or "synthetic cannabinoids."

5. Due to the variable pharmacological factors which affect drug metabolism (drug dose, route of administration, and rates of metabolism and excretion), determination of time since use and the level of impairment cannot be established solely on the basis of the results of the blood or urine testing.

6. For DUI, the blood or urine results should be considered in conjunction with observations of impairment.

7. All results are generated within the confines of the current toxicology methods.  The current and archived methods are available on our website at:
   https://isp.idaho.gov/forensics/current-analytical-methods/

**STORAGE OF TOXICOLOGY COLLECTION KITS:**

It is the best practice to store urine and blood specimens refrigerated, at minimum, to prevent degradation of any drug compounds present in the sample.

MERIDIAN DEFS 00043

| Laboratory Case Number: **M2023-2148** | Report No.:  2 |
|---|---|

# Idaho State Police
## Toxicology Restitution

### THIS IS NOT AN INVOICE

*This is a request for restitution that may be granted by the court. If you are the subject associated with this report, this is not a bill, we are merely requesting that the court assign restitution if they deem it is appropriate.*

As provided in Idaho Code 37-2732(k), the Idaho State Police requests restitution from the defendant, **COLT JAMES SEWARD** in the amount of **$200** in association with Laboratory Case No. **M2023-2148**. This amount is based upon the analytical tests performed on the urine and/or blood sample submitted to this laboratory. The amount requested reflects a portion of the costs incurred to the laboratory (i.e., reagents, equipment, instrumentation, and salary) during the analysis.

| Analytical Method | Cost |
|---|---|
| AM 25/AM 26 Blood MultiDrug/THC Screen by LC-QQQ | $100 |
| AM 28 Blood Multi-Drug Quant Panel 1 by LC-QQQ | $100 |

Please present this restitution request form and a copy of the laboratory report to the court at the time of sentencing.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

*Tamara Salazar*

Tamara Salazar / Forensic Scientist

Please make checks payable to:            Idaho State Police
                                          Toxicology Restitution Account #0349
                                          700 South Stratford
                                          Meridian, Idaho 83642-6202

*(Notice to subject of this report – restitution is paid through the court and they, in turn, will direct payment to Idaho State Police. Personal checks or money orders received by Idaho State Police will be returned.)*

Thank you for your cooperation in this matter.

If you have any questions about the restitution, please contact:
  Rachel Cutler (Pocatello Laboratory Manager)

**MERIDIAN DEFS 00044**

DR# 2023-31...



# Meridian Police Department
# Vehicle Tow and Storage Report

| | | COURTESY TOW |
|---|---|---|
| | | ☐ YES  ☒ NO |

| DR NUMBER 23-3128 | DATE OF TOWING 5/16/23 | TIME OF TOWING 1813 | |

| OFFICER S. McDONALD | ADA 3536 | RD 729 | LOCATION TOWED FROM N. TEN MILE RD. / W. USTICK RD |

**AUTHORITY AND/OR PURPOSE OF IMPOUND**
☐ ABANDONED
☒ ARREST
☐ EXTRAORDINARY CIRCUMSTANCE
☐ OTHER (SPECIFY)_____

**IDENTIFICATION NUMBER (VIN) MUST PHOTOGRAPH (OFFICER DIRECTED TOWS ONLY)**
ZC3CDYBTZEH101586

| TOW COMPANY NAME WTF TOWING | TOW PHONE # 888-5795 |
| TOW COMPANY ADDRESS 2650 S Cole Rd | TOW DRIVE NAME (PRINTED) Shirley M |

| LICENSE PLATE S3WARD | STATE ID | ADDRESS WHERE VEHICLE IS STORED (IF DIFFERENT) Same | DAILY STORAGE RATE 40.00 |

| COLOR BLK | YEAR 2014 | MAKE DODGE | MODEL CHALLENGER | BODY TYPE CP |

| ODOMETER 101687 | REGISTRATION EXPIRATION DATE 4/30/23 | MOTORCYCLE-ENGINE NUMBER |

| REGISTERED OWNER COLT SEWARD | ADDRESS 10702 W. CLUBER Dr. BOISE, ID 83709 |

| LIENHOLDER | ADDRESS |

| TITLED OWNER | ADDRESS |

| INVENTORY: ☒ TRUNK ☒ GLOVE COMPARTMENT | TRANSMISSION: ☐ AUTOMATIC ☒ MANUAL | VALUE: ☐ UNDER $750 ☒ OVER $750 | DRIVABLE ☒ YES ☐ NO ☐ UNKNOWN | TOW DRIVER NAME (SIGNATURE) |

**ITEMS OF VALUE IN VEHICLE:**
DAKOTA DIVOLVERS
nice Tools
old radio
HK P30 Firearm
Tools
CLOTHING        TRUNK

***ALL VEHICLES / VINS MUST BE PHOTOGRAPHED***

CODE OFFICER ASSIGNED Koerner ADA 3253 DATE: 5-17-23
TOW COMPANY EMPLOYEE Matthew DATE: 6-22-23
NOTIFICATION FORMS SENT DATE: 5-17-23 RTO ☒ YES ☐ NO
20 DAY TIME LIMIT DATE: 6-6-23
RELEASE OF INTEREST RECEIVED ☐ YES ☒ NO DATE: _____
DECLARATION OF OPPOSITION RECEIVED ☐ YES ☒ NO DATE: _____
COURT FILING COPY FOR DEC. OF OPP. ☐ YES ☒ NO DATE: _____

**FINAL DISPOSITION**

VEHICLE RETURNED TO OWNER ☐ YES ☐ NO DATE: 5-16-23
VIN PHOTOGRAPHED ☒ YES ☐ NO DATE: 5-16-23
APPRAISED VALUE OF VEHICLE $_____
TOW / STORAGE FEES $_____
FINAL VALUE OF VEHICLE $_____
CERTIFICATE OF SALE DATE ISSUED_____

**CODE ENFORCEMENT NOTES:**

AUCTION: ☐ YES ☐ NO AUCTION VALUE:_____

Revised Date: 4-30-18

MERIDIAN DEFS 00045

Distribution:    Original - Code Enforcement    Yellow - Vehicle Driver    Pink - Tow Company

May 17, 2023 7:59:41 AM                    Printed By: 0447KALY13 from: PMERRC04

```
Received Time:        07:59:31 05-17-23      Source ORI:        IDDMV0000
Summary:              RQ: VIN=2C3CDYBT2EH101586
View Message Details
...TXT
Query Data:
VIN: 2C3CDYBT2EH101586
Plate Number: S3WARD (Category:Standard)
Plate Type: PC
Registration Type: Non_Commercial
Effective Date: 2021-04-12
Expiration Date: 2023-04-30
Status: Expired_Inactive
Registered Party: COLT JAMES SEWARD
Address: 10702 W CRUSER DR  BOISE, ID 83709-0209
USA
DOB: 1992-01-02
Driver License: ZF350770C
Registered Owner: APPLICANT IS COLT JAMES SEWARD
Gross Weight Measure: 0 (Units: )
VIN: 2C3CDYBT2EH101586 (VIN Type:PC)
Make: DODGE
Model: CHALLENGER
Year: 2014
Style: CP
Color (Primary): BLACK
Title Data:
Title ID: 210268946
Title Issue Date: 2022-06-24
Title Status: Issued_Active
Title Holder: SEWARD,COLT JAMES
Title Holder Address: 10702 W CRUSER DR  BOISE, ID 83709-0209
USA
Insurance Carrier: Allstate Fire and Casualty Insurance Company
Insurance Policy ID: 000000817848163 (Status:Active_Active)
Insurance Effective: 2023-05-12
Lien Data: Lien Holder (Organization): EAST IDAHO CREDIT UNION
Address: 865 S WOODRUFF AVE  IDAHO FALLS, ID 83401-5296
USA
Primary Contact Address: PO BOX 1865  IDAHO FALLS, ID 83403-1865
USA
Lien Date: 2021-04-26



MRI 3701107 IN: DMVWS 5995 AT 2023-05-17 07:59:31
OUT: PMERRC04 18 AT 2023-05-17 07:59:31
```

MERIDIAN DEFS 00046

MERIDIAN DEFS 00047

| In Custody | Defendant Last Name | Defendant First Name | Defendant Middle Name | Alias Name | Gender | DOB | Age | Next Court Date | Last Booking Date | Final Release Date | Jail Person |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seward | | James | Colt Seward | Male | 01/02/1992 | | 11/22/2023 03:00 PM | 09/18/2023 10:27 PM | | 01024657 |

Alerts    Aliases    Arrest History    Bookings    Contact Information    Financial    Incidents    Mugshots    Numeric Identification    Relationship Contacts    Scars, Marks, Tattoos    Warrants

IPRAI

## Alerts

There is no information to display

### Seward Colt James

**Phone**

2087477086

**Address 1**          **Address 2**

10702 W Cruser Dr

| **City** | **State** | **Zip** |
|---|---|---|
| Boise | ID | 83705 |

| **DOB** | **Age** | **Gender** | **Race** |
|---|---|---|---|
| 01/02/1992 | 31 | Male | White |

| **Height** | **Weight** | **Eyes** | **Hair** |
|---|---|---|---|
| 5' 11" | 190 | BLU | BLN |

DR# 2023-31

ITD 3009  (Rev. 07-10)
itd.idaho.gov

# Notice Of Storage And
## Notice Of Intent To Dispose Of A Vehicle

DR# 2023-31:

**The vehicle described below was identified and removed pursuant to Section 49-1803,49-1803A, or 49-1804, Idaho Code.**

**The Vehicle Value Is** ☐ **$750.00 or Less** ☒ **Over $750.00**

| Vehicle Identification Number (VIN) | | | | Odometer Reading | License Number | Licensing State |
|---|---|---|---|---|---|---|
| 2C3CDYBT2EH101586 | | | | 101687 | S3WARD | ID |

| Vehicle Year | Make | Model | Impound Date | Time | Location Vehicle Towed From |
|---|---|---|---|---|---|
| 2014 | DODGE | CHALLENGER | 05/16/2023 | 1813 ☐ a.m. ☒ p.m. | N TEN MILE RD / W USTICK RD |

**Reason for Tow**
☐ Accident  ☒ Driver Arrest  ☐ Abandoned  ☐ Other (explain)

| Registered Owner(s) of Record | Address | City | State | Zip |
|---|---|---|---|---|
| COLT SEWARD | 10702 W CRUSER DR | BOISE | ID | 83709 |
| **Lienholder of Record** | | | | |
| EAST IDAHO CREDIT UNION | PO BOX 1865 | IDAHO FALLS | ID | 83403 |
| **Other Parties With an Interest in the Vehicle** | Address | City | State | Zip |
| | | | | |

| Tow Company Name | Address | City | State | Zip |
|---|---|---|---|---|
| WTF TOWING | 2650 S COLE RD | BOISE | ID | 83709 |

| Telephone Number | Storage Location (if different than tow company address) |
|---|---|
| 208-949-0430 | 2350 E STAR LN, MERIDIAN ID 83646 |

| Printed Name of Tow Truck Operator Taking Receipt of Vehicle and Contents | Tow Truck Operator's Signature | Date |
|---|---|---|
| SEE ORIGINAL REPORT | x *See Original Report* | |

**Amount of Possessory Lien**
☒ Towing  All Necessary Tow and Storage Fees ............... $ _____
☒ Storage* as of _____ ; _____ Days @ $ _____ per day ......... $ _____
☐ Other Charges (specify) _____ ... $ _____
*Storage may continue to accrue at the rate specified.                    **Total** $ _____

| Law Enforcement Agency Directing Tow | Officer Who Directed Tow | Badge Number |
|---|---|---|
| MERIDIAN POLICE DEPARTMENT | MCDONALD | 3536 |

| Address | City | State | Zip |
|---|---|---|---|
| 1401 E WATERTOWER ST | MERIDIAN | ID | 83646 |

| Contact Person | Telephone Number | Case/Report Number |
|---|---|---|
| L. OOI | 208-846-7335 | 23-3128 |

I certify under penalty of perjury that the above facts are true and correct to the best of my knowledge.

Signing Entity:  ☒ Law Enforcement Agency  ☐ Tow Company (if authorized by law enforcement agency)

| Authorized Person's Name (Printed) | Authorized Person's Signature | Date |
|---|---|---|
| K. SPRAGUE | X | 05/17/2023 |

Unless your vehicle was impounded for investigation, you may contact the tow company and claim your vehicle any time prior to the disposition by proving you are the owner or lienholder and paying all accrued charges.

You have the right, under the authority of Section 49-1805, Idaho Code, to request a Post-Storage Hearing to determine if there was probable cause for the towing and storage of the vehicle. Any such hearing shall be conducted within forty-eight (48) hours of your request (excluding weekends and holidays). The law enforcement agency may authorize its own officer or employee to conduct the post-storage hearing. The hearing officer cannot be the same person who directed the towing and storage of the vehicle.
**To receive a Post-Storage Hearing, you or your agent must make the request to the law enforcement agency <u>in</u> <u>writing</u> within ten (10) days of the mail date of this notice.**

If the vehicle value "$750.00 or Less" box is checked above, you have a right to a court hearing. If you want a court hearing, you must file an action with the appropriate court and cause the tow company to be served with the summons and complaint. A copy of the summons and complaint should also be sent to the law enforcement agency. You must also sign a *Declaration of Opposition*, ITD 3008 (enclosed), under penalty of perjury, and return copies to the law enforcement agency or tow company within 10 days of the mail date of this notice. If you file for a court hearing, you may be liable for court costs if a judgment is entered in favor of the possessory lienholder. If a *Declaration of Opposition* is not returned within the specified time, the vehicle may be disposed of. However, you may continue to be responsible for towing, storage, and any other charges accrued against this vehicle if they exceed the monies received from the vehicle's disposition.

MERIDIAN DEFS 00048

Distribution: Original (White) - Owner of Record    Copy (Yellow) - Lienholder of Record    Copy (Pink) - Law Enforcement Agency/Tow Company

DR# 2023-312

MERIDIAN DEFS 00049

# Release of Interest
# - OR -
# Declaration of Opposition

## Release of Interest

**If you agree to release interest in this vehicle, sign in the section below. If you have the title to this vehicle, sign the title off and return it with this form.**

| Vehicle Identification Number | | | |
|---|---|---|---|
| 2C3CDYBT2EH101586 | | | |
| Year | Make | Body Type | Model |
| 2014 | DODGE | CP | CHALLENGER |
| License Number | Licensing State | | |
| S3WARD | ID | | |

**I hereby waive the right to contest the claim and release all interest in this vehicle.** If I am the registered owner, I recognize that I may continue to be responsible for towing, storage, and any other charges accrued against this vehicle if they exceed the monies received from the vehicle's disposition.

| Printed Name | Signature | Date |
|---|---|---|
| | X | |

## • • • Stop Here if You Have Completed the Release of Interest • • •

## Declaration of Opposition

Pursuant to Section 49-1815, Idaho Code, you, as the owner or lienholder of record, may complete this section if you contest the claim against the vehicle described above and oppose the sale or disposition of the vehicle.

## - Important Notice -

1. To contest the claim, you must complete this section and return this form to the law enforcement agency and tow company within ten (10) days of the mail date of the *Notice of Storage and Notice of Intent to Dispose of a Vehicle* (ITD 3009). **If this form is not returned within ten (10) days, the vehicle may be disposed of.**

2. You have fifteen (15) working days from the date you complete this section and return this form to (a) file an action with the appropriate court to cause the tow company to be served with a summons and complaint, and (b) provide the law enforcement agency that directed the tow (if applicable) with a copy of the summons and complaint. This action will stop the disposal of the vehicle, pending a decision by the court.

3. You may be liable for court costs if a judgment is entered in favor of the possessory lienholder.

4. You may, at any time before the vehicle is disposed of, pay the amount of the possessory lien and reclaim the vehicle, if the vehicle was not impounded pursuant to an investigation.

5. You may, at any time after signing this form, sign a release of interest statement allowing disposal of the vehicle. However, you may continue to be responsible for towing, storage, and other charges accrued against this vehicle if they exceed monies received from the vehicle's disposition.

6. If you sign this *Declaration of Opposition*, send the white original to the law enforcement agency listed on the *Notice of Storage and Notice of Intent to Dispose of a Vehicle* (ITD 3009), send the yellow copy to the tow company, and keep the pink copy for your files.

**I, the undersigned, under penalty of perjury, do hereby oppose any action relating to the disposition of the low-valued vehicle described above.**

| Printed Name | Signature | Date |
|---|---|---|
| | X | |
| Company Name if Representing a Business or Company | | Phone |
| Address | City | State | Zip |

## Note For Law Enforcement Agencies and Tow Companies

A blank copy of this form must be sent to the registered owner and lienholder of any vehicle removed by the authority granted under Sections 49-1803 or 49-1804, Idaho Code.

Distribution:   White – Law Enforcement          Yellow – Tow Company          Pink – Owner or Lienholder of Record

MERIDIAN DEFS 00050

DR# 2023-312

| | Restricted Delivery? | Service Type |
|---|---|---|
| | *(Extra Fee)* ☐ Yes | **CERTIFIED** |
| | Article Number 9414 7118 9956 2263 6996 89 | |

9414 7118 9956 2263 6996 89

**COMPLETE THIS SECTION ON DELIVERY**

| A. Signature: (☐Addressee or ☐Agent) | B. Received By: (Please Print Clearly) | C. Date of Delivery |
|---|---|---|
| X | Jed Hall | 5/19/2023 |

D. Addressee's Address *(If Different From Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor    *(Please Print Clearly)*

Delivery Address

City                    State        ZIP + 4 Code

**Article Addressed To:**

EAST IDAHO CREDIT UNION
PO BOX 1865
IDAHO FALLS ID 83403-1865

MERIDIAN DEFS 00051



MERIDIAN DEFS 00052



Records Division
Meridian Police Department
1401 E Watertower
Meridian, ID 83642-5810

23-3128

Woehler

stamps.com

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ☐ Addressee or ☐ Agent
B. Received By: (Please Print Clearly)    C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)
Delivery Address
City    State    ZIP + 4 Code
PS Form 3810, 2/04

9414 7118 9956 2263 6760 62

Article Addressed To:
COLT SEWARD
JID#01020462
7210 W Barrister Dr
BOISE ID 83704-9217

Article Number: 9414 7118 9956 2263 6760 62
(Extra Fee) ☐ Yes

CERTIFIED MAIL
CERTIFIED MAIL

9414 7118 9956 2263 6760 62

RETURN RECEIPT REQUESTED

COLT SEWARD
JID#01020462
7210 W Barrister Dr
BOISE ID 83704-9217

BOISE ID 837
17 MAY 2023 PM 2 L

USA/CERTIFIED
mailer system
LITTLE ROCK, AR • http://USAMailer.com
USA CMF-076 05/21
Envelope Laser Form
↓ Return Address Label ↓

Covered by and/or for use with U.S. Patents 5,510,992;
5,801,944; 6,868,406; 7,216,110; 7,236,956; 7,236,970;
7,567,940; 7,613,639; 7,743,043; 7,882,094; 8,027,926;
8,027,935; 8,041,644; 8,046,823; 8,103,647; 8,195,579;
8,392,391; and 8,498,943.

*Remember to place your
Return Address Label on
the green card as indicated

$8.100
US POSTAGE
FIRST-CLASS
FROM 63642
05/17/2023
stamps
endicia

NIXIE    980    EE 1960    0105/25/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 83642351301    *1436-12177-17-41

MERIDIAN DEFS 00053

DR# 2023-312



# IDAHO STATE POLICE FORENSIC SERVICES

5255 S. 5th Avenue, Suite 2
Pocatello, ID 83204
Phone: (208) 239-9900
Fax: (208) 239-9887

## FORENSIC TOXICOLOGY REPORT

| Case Agency(s):<br>**MERIDIAN POLICE DEPARTMENT** | Agency Case No(s).:<br>**23-3128** | Laboratory Case No.:<br>**M2023-2148** |
|---|---|---|
| Date(s) of Offense:<br>**05/16/2023** | Investigating Officer(s):<br>**Donald Heida** | Report No.:<br>**2** |
| Date Evidence Accepted:<br>**05/19/2023** | Analyst:<br>**Tamara Salazar** | |
| Case Name(s):<br>**Suspect - COLT JAMES SEWARD** | | |

### EVIDENCE DESCRIPTION:

Item 3: Sealed Blood Collection Kit: containing one gray top tube labeled "Seward, Colt J"

### CONCLUSIONS AND INTERPRETATIONS:

Item 3: Drugs confirmed:
Alprazolam 21.66 ng/mL
Amphetamine 88.18 ng/mL
Methamphetamine 488.75 ng/mL

### DISPOSITION OF EVIDENCE:

All items will be returned to the submitting agency.

### REMARKS:
**The descriptions, conclusions and interpretations stated above apply to the sample(s) as received.**

**I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.**

*Tamara Salazar / Forensic Scientist*
*Issue Date: 06/16/2023*

MERIDIAN DEFS 00054

DR# 2023-312

| Laboratory Case Number: **M2023-2148** | Report No.: **2** |

## *Toxicology Report Supplement*

### ROUTINE DRUG SCREEN:

A targeted LCMS-QQQ screen was performed on the sample for the following compounds:
6-MAM, 7-aminoclonazepam, 7-aminoflunitrazepam, 9-Hydroxyrisperidone, 10-Hydroxycarbamazepine, Acetyl Fentanyl, Acetyl Norfentanyl, a-hydroxyalprazolam, alpha-hydroxymidazolam, alpha-PHP, alpha-PVP, Alprazolam, Amitriptyline/Maprotiline, Amphetamine, Benzoylecgonine, Brompheniramine, Buprenorphine, Bupropion, Carbamazepine, Carisoprodol, Chlordiazepoxide, Chlorpheniramine, Chlorpromazine, Citalopram, Clomipramine, Clonazolam, Clonazepam, Clozapine, Cocaethylene, Cocaine, Codeine, Cyclobenzaprine, Desipramine, Dextromethorphan, Dextrorphan, Diazepam, Dihydrocodeine, Diphenhydramine, Doxepin, Doxylamine, Duloxetine, EDDP, Estazolam, Etizolam, Fentanyl, Flualprazolam, Flunitrazepam, Fluorofentanyl, Fluoxetine, Flurazepam, Hydrocodone, Hydromorphone, Hydroxyzine, Imipramine, Ketamine, Lamotrigine, Levamisole, Levetiracetam, Lorazepam, MDA, MDEA, MDMA, Meperidine, Meprobamate, Methocarbamol, Methadone, Methamphetamine, Methylphenidate, Metoprolol, Midazolam, Mirtazapine, Mitragynine, Morphine, Nordiazepam, Norfentanyl, Norhydrocodone, Norketamine, Normeperidine, Noroxycodone, Nortriptyline,  N, N-dimethyltryptamine(DMT), O-desmethyl-tramadol, O-desmethylvenlafaxine, Olanzapine, Oxazepam, Oxycodone, Oxymorphone, Paroxetine, Phenazepam, Phentermine, Phencyclidine, Phenytoin, Primidone, Promethazine, Pseudoephedrine, Quetiapine, Risperidone, Sertraline, Sufentanil, Tapentadol, Temazepam, Topiramate, Tramadol, Trazodone, Venlafaxine, Zaleplon, Zolpidem, Zopiclone, THC, Hydroxy-THC and Carboxy-THC.

### UPON REQUEST:

Alcohol / Inhalants (e.g. Toluene and Xylenes).

### COMMENTS:

1. Drugs are confirmed using GC/MS or LC-MS/MS.

2. Only drugs and concentrations listed on the laboratory report itself are appropriate to be used for interpretation purposes. Any drugs or values included in the notes but not included on the report are used by laboratory personnel to make determinations/reach conclusions within the confines of the methods.

3. A negative finding for a specific drug does not necessarily indicate that the specific drug was not present; only that it was not confirmed during our analysis. This may be due to several reasons including: the drug was not present in the sample, the drug is not included in our testing panel, or the drug was present at a response level that is below our reporting limit.

4. ISP Forensic Services is currently unable to detect cannabimimetic substances and/or their metabolites in toxicology samples.  These substances are commonly known as "spice" or "synthetic cannabinoids."

5. Due to the variable pharmacological factors which affect drug metabolism (drug dose, route of administration, and rates of metabolism and excretion), determination of time since use and the level of impairment cannot be established solely on the basis of the results of the blood or urine testing.

6. For DUI, the blood or urine results should be considered in conjunction with observations of impairment.

7. All results are generated within the confines of the current toxicology methods.  The current and archived methods are available on our website at:
   https://isp.idaho.gov/forensics/current-analytical-methods/

### STORAGE OF TOXICOLOGY COLLECTION KITS:

It is the best practice to store urine and blood specimens refrigerated, at minimum, to prevent degradation of any drug compounds present in the sample.

MERIDIAN DEFS 00055

DR# 2023-31/

| Laboratory Case Number: **M2023-2148** | Report No.:   2 |

# Idaho State Police
## Toxicology Restitution

### ___THIS IS NOT AN INVOICE___
*This is a request for restitution that may be granted by the court. If you are the subject associated with this report, this is not a bill, we are merely requesting that the court assign restitution if they deem it is appropriate.*

As provided in Idaho Code 37-2732(k), the Idaho State Police requests restitution from the defendant, **COLT JAMES SEWARD** in the amount of **$200** in association with Laboratory Case No. **M2023-2148**. This amount is based upon the analytical tests performed on the urine and/or blood sample submitted to this laboratory. The amount requested reflects a portion of the costs incurred to the laboratory (i.e., reagents, equipment, instrumentation, and salary) during the analysis.

| Analytical Method | Cost |
|---|---|
| AM 25/AM 26 Blood MultiDrug/THC Screen by LC-QQQ | $100 |
| AM 28 Blood Multi-Drug Quant Panel 1 by LC-QQQ | $100 |

Please present this restitution request form and a copy of the laboratory report to the court at the time of sentencing.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

*Tamara Salazar*

Tamara Salazar / Forensic Scientist

Please make checks payable to:    Idaho State Police
Toxicology Restitution Account #0349
700 South Stratford
Meridian, Idaho 83642-6202

*(**Notice to subject of this report** – restitution is paid through the court and they, in turn, will direct payment to Idaho State Police. Personal checks or money orders received by Idaho State Police will be returned.)*

Thank you for your cooperation in this matter.

If you have any questions about the restitution, please contact:
  Rachel Cutler (Pocatello Laboratory Manager)

MERIDIAN DEFS 00056

DR# 2023-312

Idaho State Police Forensic Services

5255 S. 5th Avenue, Suite 2
Pocatello, ID 83204
Phone: (208) 239-9900
Fax: (208) 239-9887

**BOX2023-01042**

Meridian PD

Page 1 of 1          DATE: 07/05/2023

## PACKING LIST

| AGENCY NAME | AGENCY CASE # | AGENCY ITEM # | ISP FS # | ISP FS ITEM # | CASE CONTAINER | VERIFIED |
|---|---|---|---|---|---|---|
| MERIDIAN POLICE DEPARTMENT | 23-2776 | 001 | M2023-1939 | 2 | | RC |
| MERIDIAN POLICE DEPARTMENT | 23-2830 | 001 | P2023-1459 | 1 | | RC |
| MERIDIAN POLICE DEPARTMENT | 23-2885 | 001 | P2023-1458 | 1 | | RC |
| MERIDIAN POLICE DEPARTMENT | 23-3018 | 001 | P2023-1576 | 1 | | RC |
| MERIDIAN POLICE DEPARTMENT | 23-3054 | 001 | P2023-1574 | 1 | | RC |
| MERIDIAN POLICE DEPARTMENT | 23-3078 | 004 | M2023-2112 | 2 | | RC |
| MERIDIAN POLICE DEPARTMENT | 23-3119 | 001 | P2023-1575 | 1 | | RC |
| MERIDIAN POLICE DEPARTMENT | 23-3128 | 005 | M2023-2148 | 3 | | RC |

| Case Containers: | | | | | |
|---|---|---|---|---|---|
| | | | | | |

CONTAINER
#BOX2023-01042

Meridian PD

NOTES:

**IF YOU RECEIVE THIS PACKAGE AND YOU ARE NOT THE INTENDED RECIPIENT - PLEASE CONTACT ISP FORENSICS IMMEDIATELY. THANK YOU.

**PLEASE VERIFY THAT ALL OF THE ITEMS INCLUDED IN THE LIST ARE ACCOUNTED FOR. IF THERE ARE ANY DISCREPANCIES, PLEASE CONTACT THE LAB.

Signature          Date: 7-5-23

**MERIDIAN DEFS 00057**

# Idaho State Police Forensic Services
## Evidence Submission Receipt



| Laboratory Case Number: M2023-2148 | |
|---|---|
| Delivery Method:  United Parcel Service<br>Delivered by: | Date Received: 5/19/23<br>By: Stefani Liljenquist |
| Signature: | *Stefani Liljenquist* |

| Submitting Agency (Do not abbreviate) | Date of Offense | Agency Case Number |
|---|---|---|
| MERIDIAN POLICE DEPARTMENT | 5/16/2023 | 23-3128 |

| County of Offense | Charge | Court Date |
|---|---|---|
| Ada County | Possession of a Controlled Substance | |

| Investigating Officer | Phone Number | Email Address |
|---|---|---|
| Donald Heida | | dheida@meridiancity.org |

| Suspect ■  Victim ☐  Subject ☐ | SEWARD, COLT JAMES | 1/2/1992 |
|---|---|---|
| | Name    Last, First Middle | DOB |

Submission Number:  2

| Lab Item Number | Agency Exhibit Number | Agency Item Description | Resubmission | Type of Exam Requested |
|---|---|---|---|---|
| 3 | 005 | blood kit | | Toxicology (Drugs in urine or blood), AM 25/AM 26 Blood MultiDrug/THC Screen by LC-QQQ |

Upon submission of evidence to an Idaho State Police Forensic Services (ISPFS) laboratory, the submitting agency agrees to the terms and condition established in the ISPFS Customer Agreement. The ISPFS Customer Agreement may be viewed/downloaded at:
http://www.isp.idaho.gov/forensics/index.html

MERIDIAN DEFS 00058

DR# 2023-31

# Blood/Toxicology Form

| | |
|---|---|
| **Date of Offense:** 5-16-2023 | **Submitting Agency:** Meridian PD |
| **Case Number:** 23-3128 | **Valid Breath Test Performed?** ☐No ☒Yes Results: / Insuf/Insuf/.000 |
| **Investigating Officer:** D. Aeida | |

| Origin of Sample (mark one) ☒Suspect ☐Victim ☐Subject | Name (last name, first) Seward, Colt James | DOB 1/2/1992 |
|---|---|---|

**Type of Toxicology Case/Charge (mark all that may apply)**
☒DUI ☐ NJDT ☐ Probation Violation ☐ Sexual Assault * ☐ Homicide ☐ Other (specify)
DRE Opinion (specify)

| Is this a death investigation and/or fatality crash ☐Yes ☒No | Is sample from a Deceased Individual ☒No ☐Yes |
|---|---|

| Sample Type | ☐ Urine ☒ Blood ☐ Vitreous Humor (ethanol only) |
|---|---|

| Requested Analysis | ☐ Alcohol ☒ Toxicology (drugs other than ethanol) ☐ Inhalants |
|---|---|

## For Toxicology Request Complete Questions Below:

1: Suspected Drugs: methamphetamine, alprazolam

2: Behavior/Symptoms Observed: _____

3: List of Current Prescriptions, Over-the-Counter Drugs, and/or Illicit Drugs:

methamphetamine / alprazolam

MERIDIAN DEFS 00059