**J.W. Bond, Esq.** ISB No. 10139
**ATTORNEYS OF IDAHO**
10114 W. Overland Rd.
Boise, ID 83709
Tel:    (208) 314-8888
Fax:    (208) 567-5805
e-mail: jw@attorneysofidaho.com
Counsel for the Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLT SEWARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF MERIDIAN, an Idaho municipality; CITY OF MERIDIAN POLICE DEPARTMENT, a subsidiary of the City of Meridian; OFFICER DONALD HEIDA, individually; OFFICER SEAN McDONALD, individually; and DOES I through X, unknown individuals and/or entities,<br><br>Defendant. | **Case No.:** CV25-00221-BLW<br><br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS CITY OF MERIDIAN AND CITY OF MERIDIAN POLICE DEPARTMENT'S MOTION FOR SUMARY JUDGEMENT** |

COME NOW Plaintiff COLT SEWARD, by and through attorneys of record, J.W. Bond, and Defendants CITY OF MERIDIAN and CITY OF MERIDIAN POLICE DEPARTMENT, by and through their attorney of record, Michael J. Kane of the firm Michael Kane & Associates, PLLC, and hereby stipulate and agree as follows:

1.  Defendants City of Meridian and City of Meridian Police Department filed their Motion for Summary Judgment and supporting Memorandum on May 7, 2026.

2.  Pursuant to Dist. Idaho Loc. Civ. R. 7.1(b)(1), Plaintiff's opposition to the Motion for Summary Judgment is currently due on May 28, 2026.

3. The parties have conferred and agree that additional time is needed for Plaintiff to adequately prepare and file his opposition.

4. The parties therefore stipulate to a fourteen (14) day extension of the deadline for Plaintiff to file his opposition, making Plaintiff's opposition due on or before June 11, 2026.

5. This stipulation is made in good faith and not for purposes of undue delay. No trial date has been set in this matter, and no party will be prejudiced by this extension.

6. The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 28th day of May, 2026.

ATTORNEYS OF IDAHO

By: /s/Jeb W. Bond
**Jeb W. Bond**
Attorney for Plaintiff
Colt Seward

MICHAEL KANE & ASSOCIATES, PLLC

By: /s/ Michael J. Kane
**Michael J. Kane**
Attorney for Defendants
City of Meridian and City of Meridian Police Department

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May 2026, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action::


**Michael J. Kane**

mkane@ktlaw.net, kdelisio@ktlaw.net

**Nathan Christopher Beckman**

nathan@melawfirm.net, mary@melawfirm.net

**Michael J. Elia**

mje@melawfirm.net, sara@melawfirm.net, nathan@melawfirm.net

**Jeb W. Bond**

jw@attorneysofidaho.com

_/s/_ Jeb W. Bond
Jeb W. Bond